# EXHIBIT B

US009781172B2

(12) **United States Patent**
Warrick et al.

(10) Patent No.: **US 9,781,172 B2**
(45) Date of Patent: **Oct. 3, 2017**

(54) **MEDIA PROXY THAT TRANSPARENTLY PROXIES NETWORK-BASED MEDIA SHARING PROTOCOL BETWEEN GUEST DEVICE AND AN ASSOCIATED ONE OF A PLURALITY OF MEDIA DEVICES**

(71) Applicant: **Guest Tek Interactive Entertainment Ltd.**, Calgary (CA)

(72) Inventors: **Peter S. Warrick**, Calgary (CA); **Brendan G. Cassidy**, Calgary (CA); **Lindsey M. Carriere**, Calgary (CA); **Michael D. McCarthy**, Calgary (CA)

(73) Assignee: **Guest Tek Interactive Entertainment Ltd.**, Calgary (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 83 days.

(21) Appl. No.: **14/865,372**

(22) Filed: **Sep. 25, 2015**

(65) **Prior Publication Data**

US 2016/0014166 A1 Jan. 14, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/165,183, filed on Jan. 27, 2014, now Pat. No. 9,172,733, which is a (Continued)

(30) **Foreign Application Priority Data**

Oct. 18, 2012 (CA) .................................... 2792482
Jun. 19, 2013 (CA) .................................... 2820654

(51) **Int. Cl.**
*H04L 29/06* (2006.01)
*H04L 12/24* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ...... *H04L 65/1073* (2013.01); *H04L 41/0816* (2013.01); *H04L 41/0893* (2013.01); (Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,309,437 A 5/1994 Perlman et al.
5,420,862 A 5/1995 Perlman
(Continued)

FOREIGN PATENT DOCUMENTS

CA 2714224 11/2010
CA 2714227 11/2010
(Continued)

OTHER PUBLICATIONS

"UPnP Device Architecture 1.0"; Copyright Contributing Members of the UPnP Forum; Oct. 15, 2008; 80 pages.
(Continued)

*Primary Examiner* — Vivek Srivastava
*Assistant Examiner* — Hien Doan
(74) *Attorney, Agent, or Firm* — ATMAC Patent Services Ltd.; Andrew T. MacMillan

(57) **ABSTRACT**

A media system includes a computer network, a media device supporting a network-based media sharing protocol, a plurality of output devices located at a plurality of physical locations within a hospitality establishment, and a system controller. In response to a first event, the system controller assigns the media device to a particular guest device by reconfiguring one or more components of the computer network to enable the particular guest device to utilize the network-based media sharing protocol to share media over the computer network with the media device, and commands an output device located at a physical location associated with the particular guest device to play media corresponding to the media signal outputted by the media device on the output port. In response to a second event, the system
(Continued)



## US 9,781,172 B2
### Page 2

controller un-assigns the media device from the particular guest device and commands the output device to stop playing the media.

**20 Claims, 24 Drawing Sheets**

### Related U.S. Application Data

continuation of application No. 13/923,443, filed on Jun. 21, 2013, now Pat. No. 9,137,281.

(60) Provisional application No. 61/662,989, filed on Jun. 22, 2012.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *H04N 21/436* | (2011.01) | |
| *H04N 29/08* | (2006.01) | |

(52) **U.S. Cl.**
CPC ........ *H04L 65/105* (2013.01); *H04L 65/4076* (2013.01); *H04L 65/4084* (2013.01); *H04L 65/60* (2013.01); *H04L 67/18* (2013.01); *H04N 21/43615* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,678,041 A | 10/1997 | Baker et al. | |
| 5,708,780 A | 1/1998 | Levergood et al. | |
| 5,761,683 A | 6/1998 | Logan et al. | |
| 5,781,550 A | 7/1998 | Templin et al. | |
| 5,802,320 A | 9/1998 | Baehr et al. | |
| 5,805,803 A | 9/1998 | Birrell et al. | |
| 5,812,776 A | 9/1998 | Gifford | |
| 5,848,233 A | 12/1998 | Radia et al. | |
| 5,901,287 A | 5/1999 | Bull et al. | |
| 5,950,195 A | 9/1999 | Stockwell et al. | |
| 5,958,015 A | 9/1999 | Dascalu | |
| 6,092,196 A | 7/2000 | Reiche | |
| 6,098,172 A | 8/2000 | Coss et al. | |
| 6,112,212 A | 8/2000 | Heitler | |
| 6,130,892 A | 10/2000 | Short et al. | |
| 6,170,012 B1 | 1/2001 | Coss et al. | |
| 6,622,307 B1 | 9/2003 | Ho | |
| 6,636,894 B1 | 10/2003 | Short et al. | |
| 6,779,118 B1 | 8/2004 | Ikudome et al. | |
| 6,868,399 B1 | 3/2005 | Short et al. | |
| 7,020,082 B2 | 3/2006 | Bhagavath et al. | |
| 7,061,393 B2 | 6/2006 | Buckingham et al. | |
| 7,194,554 B1 | 3/2007 | Short et al. | |
| 7,606,873 D2 | 10/2009 | Taylor et al. | |
| 7,689,716 B2 | 3/2010 | Short et al. | |
| 7,698,432 B2 | 4/2010 | Short et al. | |
| 7,752,334 B2 | 7/2010 | Paunikar et al. | |
| 8,045,557 B1 | 10/2011 | Sun et al. | |
| 8,156,246 B2 | 4/2012 | Short et al. | |
| 8,244,886 B2 | 8/2012 | Short et al. | |
| 8,266,266 B2 | 9/2012 | Short et al. | |
| 8,266,269 B2 | 9/2012 | Short et al. | |
| 8,356,251 B2 | 1/2013 | Strober | |
| 8,782,528 B2 | 7/2014 | Strober | |
| 8,904,289 B2 | 12/2014 | Strober | |
| 9,137,281 B2 | 9/2015 | Warrick et al. | |
| 9,172,733 B2 | 10/2015 | Warrick et al. | |
| 2003/0048757 A1 | 3/2003 | Accarie et al. | |
| 2003/0067554 A1 | 4/2003 | Klarfeld et al. | |
| 2003/0169714 A1 | 9/2003 | Nakajima | |
| 2004/0116115 A1 | 6/2004 | Ertel | |
| 2005/0091539 A1 | 4/2005 | Wang et al. | |
| 2005/0125835 A1 | 6/2005 | Wei | |
| 2005/0207340 A1 | 9/2005 | O'Neill | |
| 2005/0283791 A1* | 12/2005 | McCarthy | H04N 7/1675 725/1 |

| | | | |
|---|---|---|---|
| 2006/0112171 A1 | 5/2006 | Rader | |
| 2006/0195884 A1 | 8/2006 | van Zoest et al. | |
| 2006/0277576 A1 | 12/2006 | Acharya et al. | |
| 2007/0174873 A1 | 7/2007 | Griggs | |
| 2007/0176739 A1 | 8/2007 | Raheman | |
| 2007/0198532 A1 | 8/2007 | Krikorian et al. | |
| 2007/0199019 A1 | 8/2007 | Angiolillo et al. | |
| 2007/0286100 A1* | 12/2007 | Saaranen | H04L 67/16 370/260 |
| 2007/0299976 A1 | 12/2007 | Zafar et al. | |
| 2008/0089277 A1 | 4/2008 | Alexander et al. | |
| 2008/0200154 A1 | 8/2008 | Maharajh et al. | |
| 2008/0271109 A1 | 10/2008 | Singh et al. | |
| 2008/0279117 A1 | 11/2008 | Brisco et al. | |
| 2009/0025055 A1 | 1/2009 | White et al. | |
| 2009/0059962 A1 | 3/2009 | Schmidt et al. | |
| 2009/0070831 A1 | 3/2009 | Bardehle et al. | |
| 2009/0083805 A1 | 3/2009 | Sizelove et al. | |
| 2009/0125971 A1 | 5/2009 | Belz et al. | |
| 2010/0082681 A1 | 4/2010 | Adimatyam et al. | |
| 2010/0082784 A1 | 4/2010 | Rosenblatt et al. | |
| 2010/0100725 A1 | 4/2010 | Ozzie et al. | |
| 2010/0189129 A1 | 7/2010 | Hinosugi et al. | |
| 2010/0191551 A1 | 7/2010 | Drance et al. | |
| 2010/0269135 A1 | 10/2010 | Hulse et al. | |
| 2010/0332615 A1* | 12/2010 | Short | H04L 63/08 709/217 |
| 2011/0099598 A1 | 4/2011 | Shin et al. | |
| 2011/0298596 A1 | 12/2011 | Warrick | |
| 2011/0302607 A1 | 12/2011 | Warrick et al. | |
| 2011/0314497 A1 | 12/2011 | Warrick et al. | |
| 2011/0314502 A1 | 12/2011 | Levy et al. | |
| 2012/0011531 A1 | 1/2012 | Levy et al. | |
| 2012/0011551 A1 | 1/2012 | Levy et al. | |
| 2012/0185586 A1 | 7/2012 | Olshansky | |
| 2012/0208496 A1 | 8/2012 | Raleigh | |
| 2012/0246553 A1 | 9/2012 | Ong | |
| 2013/0031478 A1 | 1/2013 | Strober | |
| 2013/0055324 A1 | 2/2013 | Ostlund | |
| 2013/0124759 A1 | 5/2013 | Strober | |
| 2014/0143380 A1 | 5/2014 | Warrick et al. | |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2707202 | 12/2010 |
| CA | 2709651 | 12/2010 |
| CA | 2775782 | 7/2012 |
| CA | 2775804 | 7/2012 |
| CA | 2788573 | 11/2012 |
| WO | 2001031861 A9 | 11/2002 |
| WO | 2005065166 A2 | 7/2005 |
| WO | 2006033841 A2 | 3/2006 |
| WO | 2011005710 A2 | 1/2011 |
| WO | 2011005710 A3 | 4/2011 |
| WO | 2011049784 A2 | 4/2011 |
| WO | 2013049730 A1 | 4/2013 |

#### OTHER PUBLICATIONS

"OneView Internet Version 6.2", Release Notes, Guest Tek Interactive Entertainment Ltd., Sep. 15, 2011.

Exceptional Innovation, "lifelware", dated Sep. 2009, downloaded from http://www.exceptionalinnovation.com/downloads/product-sheets/Lifeware.pdf on May 17, 2011.

Exceptional Innovation, "lifeware for iPhone and iPod touch", dated Sep. 2009, downloaded from http://www.exceptionalinnovation.com/products/documents/lifeware-iphone.pdf on May 17, 2011.

Exceptional Innovation, "lifelcontroller", dated Sep. 2009, downloaded from http://www.exceptionalinnovation.com/downloads/product-sheets/Lifecontroller.pdf on May 17, 2011.

Exceptional Innovation, "Solutions Hospitality", downloaded from http://www.exceptionalinnovation.com/solutions/commercial/hospitality.php on May 17, 2011.

Exceptional Innovation, "INNCOM Partners with EI to Offer Advanced, Integrated Hotel Technology Solutions", dated Oct. 27,

**US 9,781,172 B2**

Page 3

(56)             **References Cited**

OTHER PUBLICATIONS

2009, downloaded from http://www.exceptionalinnovation.com/downloads/releases/2009/inncom-ei-20091027.pdf on May 17, 2011.

Joyce Essig, "Creston and Intelity Partner on Industry-Changing Hospitality Solution", Jun. 22, 2009.

Danielle Storm, "Intelity Offers ICE in Software-Only Connect Version", Oct. 12, 2009.

George Koroneos, "5 Guest Room Tech Trends", Posted Date: Feb. 11, 2010.

Carrie Coolidge, "The Plaza in New York Offers iPads in all Guest Rooms and Suites (with Video)", Feb. 3, 2011.

Terry Gardner, "High-tech travel shortcuts", Feb. 21, 2011.

Hospitality—Creston Electronics, Inc. (Printed in USA; Doc. 4745A Jul. 2009).

Stephani Lewis, iPASS Open Mobile Client, Nov. 20, 2009.

WorldMate, "WorldMate Live", undated, downloaded from http://www.worldmate.com/features/mobile-itinerary.php on Aug. 9, 2010.

iBahn; "iBahn Strikes a Chord in Music City with Installation of IPTV in Omni Nashville Hotel"; Jun. 25, 2013; download from: http://www.ibahn.com/en-us/index.php?cid=1624&detail=y&story=1702; 3 pages.

iBahn; "Where Broadband Meets Broadcast"; downloaded from: http://www.ibahn.com/en-us/index.php?cid=1631 on Jul. 10, 2013; 2 pages.

iBahn; "iBahn Hotel App"; Updated: Aug. 20, 2012; downloaded from: https://itunes.apple.com/ca/app/ibahn-hotel-app/id518998671?mt=8; 2 pages.

Quadriga; "Quadriga previews new Personal Media Netowrk (TM) at HITEC 2012"; Jun. 25, 2012; 4 pages.

Quadriga; "Quadriga's Personal Media Network(TM) wins HTNG's Most Innovative Technology Award 2012"; Mar. 4, 2013; 3 pages.

Andreas Fasbender et al.; "Phone-controlled Delivery of NGN Services into Residential Environments"; The Second International Conference on Next Generation Mobile Applications, Services, and Technologies; © 2008 IEEE; 3 pages.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



**Exemplary gateway rules**

| Client ID | Source VLAN | Source device | Destination VLAN | Destination device | Action |
|---|---|---|---|---|---|
| 1 | VLAN-guest | 192.168.0.23 (Guest device 118) | VLAN-media | 10.0.0.140 (TV 121 in room 101) | Pass |
| 1 | VLAN-media | 10.0.0.140 (TV 121 in room 101) | VLAN-guest | 192.168.1.23 (Guest device 118) | Pass |
| 1 | VLAN-guest | 192.168.0.23 (Guest device 118) | VLAN-media | 10.0.0.141 (TV 122 in room 101) | Pass |
| 1 | VLAN-media | 10.0.0.141 (TV 122 in room 101) | VLAN-guest | 192.168.1.23 (Guest device 118) | Pass |
| 1 | VLAN-guest | 192.168.0.23 (Guest device 118) | VLAN-media | 10.0.0.142 (STB 123 in room 101) | Pass |
| 1 | VLAN-media | 10.0.0.142 (STB 123 in room 101) | VLAN-guest | 192.168.1.23 (Guest device 118) | Pass |
| 2 | VLAN-guest | 192.168.0.55 (Guest device 120) | VLAN-media | 10.0.0.143 (TV 124 in room 105) | Pass |
| 2 | VLAN-media | 10.0.0.143 (TV 124 in room 105) | VLAN-guest | 192.168.1.55 (Guest device 120) | Pass |
| ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |
| | VLAN-guest | * | VLAN-media | * | Drop |
| | VLAN-media | * | VLAN-guest | * | Drop |

232

400 402 404 406 408 410

418

420

430

**FIG. 4**



FIG. 5

234


**Exemplary Proxy rules**

600         602        604

| Guest device ID (IP/MAC address) | Client ID | Destination in-room media device for proxy |
|---|---|---|
| 192.168.0.23 (Guest device 118) | 1 | 10.0.0.140 (TV 121 in room 101) |
| 192.168.0.55 (Guest device 120) | 2 | 10.0.0.143 (TV 124 in room 105) |
| ⋮ | ⋮ | ⋮ |

FIG. 6



FIG. 7



FIG. 8

236



**Exemplary in-room device table**

| Room ID | In-room media device(s) | Type | Device address (URL, IP, MAC, etc) |
|---|---|---|---|
| Room (101) | 1st TV (121) | Airplay | 10.0.0.140 |
| | 2nd TV (122) | Airplay | 10.0.0.141 |
| | STB (123) | - | 10.0.0.142 |
| Room (105) | TV (124) | AllShare | 10.0.0.143 |
| Room (107) | TV | AllShare & Airplay | 10.0.0.144 |
| ⋮ | ⋮ | ⋮ | ⋮ |

900     902     904     906

FIG. 9

240 

**Exemplary guest access table
(e.g., Property Management System database)**

1000    1002    1004    1006    1008

| Guest area (Room #) | Information of currently registered guest | | | |
|---|---|---|---|---|
| | Client ID | Name | Check-out time | Guest identifier (e.g., loyalty program member identifier) |
| 101 | 1 | Peter Warrick | 2012/08/17 00:01 | 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 |
| 103 | 2 | Alex Kizer | 2012/08/12 16:32 | 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 |
| 105 | 3 | David Ong | 2012/08/15 17:11 | 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 |
| 107 | 4 | Andrew MacMillan | 2012/08/17 17:11 | 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 |
| 109 | - | - | - | - |
| 111 | 5 | Jose Villanueva | 2012/08/17 17:44 | 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 |
| 115 | 6 | Alexandra Baker | 2012/08/17 00:01 | 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 |
| 117 | 7 | Josh Wookey | 2012/08/16 00:01 | 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 |
| ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |

FIG. 10

**Event occurrence example 1**



FIG. 11

1200

## Reservation-specific network settings

### General settings

| | |
|---|---|
| Reservation ID | 3421 |
| Description | Medical conference |
| 1206 — Start time | 2011/11/02 10:00 [Adjust] |
| 1208 — End time | 2011/11/02 21:00 [Adjust] |
| 1210 — Location(s) | 1. Meeting room A [Remove] |
| | 2. Meeting room B [Remove] |
| | 3. Guest room 101 [Remove] |
| | [Add new room] |
| SSID | "Medical_peer_conference" |
| Require login | ● Yes ○ No |
| Login portal | http://login23.globalsuite.com |
| Meeting passcode | M783A |
| Walled garden site(s) | http://hotelhomepage.example.com |
| | http://reservations.example.com |
| Bandwidth limits (Mbit/s) | Cap 30    Rate 10 |
| User isolation | ● Yes ○ No |
| Required # of public IP(s) | 1 |

### Registered device settings

| | 1228 Device name | 1230 Device ID | Auto login | 1234 Stream enable | Mbit/s limits Cap | Rate | Public IP |
|---|---|---|---|---|---|---|---|
| 1240 — | Mobile phone | 00:08:C7:1B:8C:02 | ☒ | ☒ | | | |
| 1242 — | Tablet computer | 09:a1:47:12:efg:31 | ☒ | ☒ | 5 | 5 | 69.46.103.131 |

[Add new device]

[Save] [Cancel]

FIG. 12

**Event occurrence example 2**



To step 706

FIG. 13



FIG. 14



FIG. 15

**Event occurrence example 4**



FIG. 16



**Share media content with this TV**                                    1700

**Step 1** - Connect your device to our network

**Wireless** - Connect your device to our wireless network (SSID: hotel-free)

**Wired** - Connect your device to the in-room Ethernet port.

**Step 2** - Link your device to this TV for streaming

**Web based** - Browse to https://stream.hotel.example.com and use the connect code displayed below.

**Application based** - Run the hotel's media control application on your device and use the connect code displayed below or take a picture of the below symbol with your device's camera.

**Room 101 connect code:**

**123456**          1704

1702

FIG. 17

238



**Exemplary passkey-to-room table**



| Passkey | Currently registered room(s) |
|---------|------------------------------|
| 123456  | Room 101 |
| 435421  | Room 105 |
| ⋮ | ⋮ |

FIG. 18

● Web browser

⟨ ⟩ ✕ ↻    https://stream.hotel.example.com

# Setup your connection for streaming

**Not connected**                                                          1900

✕  Your device is not permitted to communicate with any hotel devices.

To connect to an in-room media device, please enter the connect code displayed by that device:

**Enter connect code:**  [                    ]    1902

[ **Submit** ]  1904

⬇ After user enters connect code: "123456"

● Web browser

⟨ ⟩ ✕ ↻    https://stream.hotel.example.com

# Your streaming connection is enabled

**Connected**                                                          1920

✓  Your device's IP/MAC address is now cleared for communication and sharing with the TV(121), TV(122), and STB(123) in Room 101.

Time remaining: 14:45    [ Disconnect ]  1922

To communicate with another hotel device, please enter the connect code displayed by that device:

**Enter connect code:**  [                    ]    1924

[ **Submit** ]  1926

FIG. 19



FIG. 20

**Exemplary central passkey-to-location table**

2100                        2102

| Connect code passkey | | Establishment (ID) and guest area | |
|---|---|---|---|
| Hotel locator (2 digits) | Room locator (4 digits) | Hospitality establishment | Currently registered room(s) |
| C3 | EF2B | Galactic Hotel (4) | Room 101 |
|  | FD00 |  | Room 105 |
|  | 9E9C |  | Room 107 |
|  | F5A4 |  | Room 109 |
|  | ⋮ |  | ⋮ |
| 27 | 498C | Beaches Resort (135) | Room 101 |
|  | 86CC |  | Room 103 |
|  | D4A9 |  | Room 105 |
|  | ⋮ |  | ⋮ |
| 43 | 384A | Centennial Airlines (35) | Seat 101 |
|  | 5957 |  | Seat 105 |
|  | 596E |  | Seat 107 |
|  | ⋮ |  | ⋮ |
| ⋮ | ⋮ | ⋮ | ⋮ |

FIG. 21



FIG. 22



FIG. 23

**U.S. Patent**    Oct. 3, 2017    Sheet 24 of 24    US 9,781,172 B2



FIG. 24

US 9,781,172 B2

1

# MEDIA PROXY THAT TRANSPARENTLY PROXIES NETWORK-BASED MEDIA SHARING PROTOCOL BETWEEN GUEST DEVICE AND AN ASSOCIATED ONE OF A PLURALITY OF MEDIA DEVICES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/165,183 filed Jan. 27, 2014; which is a continuation of U.S. patent application Ser. No. 13/923,443 filed Jun. 21, 2013, which claims the benefit of priority of Canadian Patent Application No. 2,820,654 filed Jun. 19, 2013, Canadian Patent Application No. 2,792,482 filed Oct. 18, 2012, and U.S. Provisional Application No. 61/662,989 filed Jun. 22, 2012. All of the above applications are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

(1) Field of the Invention

The invention pertains generally to media and entertainment systems utilized at hospitality establishments such as hotels and resorts. More specifically, the invention relates to dynamically assigning a central media device supporting a network-based media sharing protocol on a computer network of a hospitality establishment to a particular guest device for media sharing purposes. The particular guest device is thereby enabled to share media content with the central media device and the shared media content is automatically played back on an output device located at a physical location associated with the particular guest device within the hospitality establishment.

(2) Description of the Related Art

Guests often bring personal electronic devices with them when they stay at hotels, and these devices typically have stored therein pictures, movies, music, and other media content. One problem encountered by guests is how to utilize the capabilities of the hotel's media system to play media content stored on the guest's personal device. For example, a guest may wish to play vacation videos stored on their personal device on the big-screen television (TV) and high-fidelity audio system provided in their hotel room.

Published Canadian Patent No. 2,707,202 filed on Jun. 17, 2010 and corresponding Published U.S. Patent Application No. 2011/0314497 filed on Jun. 10, 2011 disclose methods of integrating guest content from a guest's personal device with a hospitality media system. In an exemplary embodiment, a user of a room connects a guest device to the media system and has guest content available on the guest device cataloged by the media system to form a guest content list. The guest content is automatically associated with the user's assigned room, and the user can thereafter utilize any of the in-room media devices located within that room to perform media system functions utilizing content selected from the guest content list.

Some electronic devices brought to hospitality establishments by guests natively support one or more network-based media sharing protocols such as AirPlay® by Apple® Inc., DLNA® by the Digital Living Network Alliance®, AllShare® by Samsung® Inc., etc. It would be beneficial if the guest could stream content from their personal device to in-room media devices of the hotel's media and entertainment system using these protocols similar to how they can stream content to their home TV via a local area network (LAN) installed in their home.

2

Most hotels do not have separate computer networks installed in each guest room. Instead, most hotels have a single media network to which all TVs and other in-room media devices within the hotel are connected in order to play media content from a central streaming server. Because existing network-based media sharing protocols (e.g., Air-Play®, DLNA®, AllShare®, etc.) are designed for the residential industry, if a guest device supporting one of these protocols were allowed to be connected to the hotel's media network, it would automatically discover and be able to share media content with all compatible media devices available in the hotel. Such behavior is unacceptable in the hospitality industry because this would allow a guest device to stream personal media content to any TV in any room of the hotel.

## BRIEF SUMMARY OF THE INVENTION

In an exemplary embodiment of the invention, a hospitality establishment's computer network by default prevents communication between guest devices and a central collection of one or more media devices (e.g., a plurality of AppleTVs®) each supporting a network-based media sharing protocol (e.g., AirPlay®). This may be done by isolating the guest devices on a first virtual area network (VLAN) and the media devices on a second VLAN. In response to the occurrence of a first trigger event related to a particular guest device, a compatible one of the central media devices that is not currently assigned to another guest device is assigned to the particular guest device for media sharing purposes. The first trigger event may correspond to the particular guest device attempting to share media content on the computer network utilizing the network-based media sharing protocol after the particular guest device has logged in to the hotel's HSIA system or otherwise authenticated that it is being operated by a valid guest of one of the hotel rooms. When assigning the available media device to the particular guest device, a system controller dynamically reconfigures one or more components of the computer network such as a media proxy and/or gateway to enable the particular guest device to utilize the network-based media sharing protocol to share media over the computer network with the media device assigned to the particular guest device. The particular guest device can thus discover and share media with the assigned media device but cannot discover or otherwise communicate with the other central media devices that are not assigned to the guest device. The system controller further transmits command(s) to one or more output devices such as a set-top box (STB) and/or television located in a guest room of the hotel associated with the particular guest device to play media as outputted by the media device assigned to the guest device. In this way, a guest of the hotel can use their personal guest device (e.g., mobile phone or netbook computer) to share media with a dynamically assigned central media device over the computer network utilizing the network-based media sharing protocol, and the guest can see and/or hear the shared media being played back on one or more output devices in their hotel room.

Although the central media device may be utilized by a plurality of different guest devices, in some beneficial embodiments it is only assigned to one particular guest device at a time and only output devices at the physical location associated with that particular guest device are enabled by the system controller to playback the shared media from the assigned media device. Guest privacy is thereby ensured because another guest cannot view the media shared by the particular guest device on output

US 9,781,172 B2

3

devices in a different hotel room, and the particular guest device cannot cause media to playback in another hotel room that is not associated with the particular guest device.

In response to a second, later event occurrence such as the particular guest device finishing sharing a movie with its assigned central media device, the system controller un-assigns the media device from the particular guest device and reconfigures components of the computer network to prevent the particular guest device from sharing media with the media device. The system controller further commands the in-room output device(s) to stop playing the media output of the media device. The central media device thereby becomes available to be assigned to a new guest device for media sharing purposes in another guest room, and the in-room output devices associated with the previous guest device are prevented from playing back shared media from the new guest device.

An advantage of the above embodiment is that a guest device is temporarily able to stream media content to the output devices of the guest's assigned room over the hotel's computer network via a central media device while still being prevented from streaming media content to other rooms of the hotel. Assignment of the central media device may be limited to the time duration while the guest device is being operated by a registered guest of the room. By sharing the central collection of one or media device in an on-demand fashion, it is not necessary for the hotel to purchase and provide one media device supporting a particular network-based media sharing protocol for each room. Instead, a relatively lower number of media devices may be centrally installed and then shared as required to support a large number of users. For example, if there are a total of ten centrally located media devices supporting a network-based media sharing protocol available at the hotel, up to ten guests may concurrently share media utilizing the network-based sharing protocol for playback on in-room output devices. The system controller may track statistics to allow an administrator to consider purchasing and/or installing a greater number of media devices if the current number is not enough to meet typical or peak demand. Other network-based functions in addition to (or instead of) streaming can also be supported between the guest device and an assigned media device in a similar way.

According to an exemplary embodiment of the invention there is disclosed a media system including a computer network and a media device supporting a network-based media sharing protocol coupled to the computer network. The media device is for receiving shared media content over the computer network utilizing the network-based media sharing protocol, and for providing a media signal corresponding to the shared media content on an output port. An output device is coupled to the output port of the media device. The system further includes a system controller coupled to the computer network. A plurality of guest devices each supporting the network-based media sharing protocol and storing media content are coupled to computer network. The computer network is configured to by default prevent all of the guest devices from utilizing the network-based media sharing protocol to share media content with the media device. The system controller is configured to, in response to a first event occurrence, assign the media device to a particular guest device by reconfiguring one or more components of the computer network to enable the particular guest device to utilize the network-based media sharing protocol to share media stored on the particular guest device over the computer network with the media device, and to command the output device to play media corresponding to

4

the media signal outputted by the media device. The system controller is configured to, in response to a second, later event occurrence, un-assign the media device from the particular guest device by reconfiguring the one or more components of the computer network to prevent the particular guest device from utilizing the network-based media sharing protocol to share the media stored on the particular guest device over the computer network with the media device, and command the output device to stop playing the media corresponding to the media signal outputted by the media device.

According to an exemplary embodiment of the invention there is disclosed a media system including a computer network and a media device supporting a network-based media sharing protocol coupled to the computer network. The media device is for receiving shared media content over the computer network utilizing the network-based media sharing protocol, and for providing a media signal corresponding to the shared media content on an output port. The system further includes an output device coupled to the output port of the media device, and a system controller coupled to the computer network. The computer network allows a plurality of guest devices supporting the network-based media sharing protocol to be coupled thereto, and the computer network by default prevents all of the guest devices from utilizing the network-based media sharing protocol to share media content with the media device. In response to a first event occurrence, the system controller assigns the media device to a particular guest device by reconfiguring one or more components of the computer network to enable the particular guest device to utilize the network-based media sharing protocol to share media stored on the particular guest device over the computer network with the media device. The system controller further commands the output device to play media corresponding to the media signal outputted by the media device. In response to a second, later event occurrence, the system controller un-assigns the media device from the particular guest device by reconfiguring the one or more components of the computer network to prevent the particular guest device from utilizing the network-based media sharing protocol to share the media stored on the particular guest device over the computer network with the media device, and commands the output device to stop playing the media corresponding to the media signal outputted by the media device.

According to another exemplary embodiment of the invention there is disclosed a method of sharing media content in a media system having a media device supporting a network-based media sharing protocol coupled to a computer network. The media device is for receiving shared media content over the computer network utilizing the network-based media sharing protocol and providing a media signal corresponding to the shared media content on an output port. The system further includes an output device coupled to the output port of the media device, and the computer network allows a plurality of guest devices supporting the network-based media sharing protocol to be coupled thereto. The method includes by default preventing all of the guest devices from utilizing the network-based media sharing protocol to share media content with the media device. The method further includes, in response to a first event occurrence, assigning the media device to a particular guest device by reconfiguring one or more components of the computer network to enable the particular guest device to utilize the network-based media sharing protocol to share media stored on the particular guest device over the computer network with the media device. The

5

method further includes commanding the output device to play media corresponding to the media signal outputted by the media device. The method further includes, in response to a second, later event occurrence, un-assigning the media device from the particular guest device by reconfiguring the one or more components of the computer network to prevent the particular guest device from utilizing the network-based media sharing protocol to share the media stored on the particular guest device over the computer network with the media device, and commanding the output device to stop playing the media corresponding to the media signal outputted by the media device.

According to another exemplary embodiment of the invention there is disclosed a non-transitory computer-readable medium comprising computer executable instructions that when executed by one or more computers cause the one or more computers to perform the above method of sharing media content.

According to another exemplary embodiment of the invention there is disclosed an apparatus for sharing media content in a media system having a media device supporting a network-based media sharing protocol coupled to a computer network. The media device is for receiving shared media content over the computer network utilizing the network-based media sharing protocol and providing a media signal corresponding to the shared media content on an output port. The system further includes an output device coupled to the output port of the media device. The computer network allows a plurality of guest devices supporting the network-based media sharing protocol to be coupled thereto. The apparatus includes means for by default preventing all of the guest devices from utilizing the network-based media sharing protocol to share media content with the media device. The apparatus further includes means for, in response to a first event occurrence, assigning the media device to a particular guest device by reconfiguring one or more components of the computer network to enable the particular guest device to utilize the network-based media sharing protocol to share media stored on the particular guest device over the computer network with the media device; and commanding the output device to play media corresponding to the media signal outputted by the media device. The apparatus further includes means for, in response to a second, later event occurrence, un-assigning the media device from the particular guest device by reconfiguring the one or more components of the computer network to prevent the particular guest device from utilizing the network-based media sharing protocol to share the media stored on the particular guest device over the computer network with the media device; and commanding the output device to stop playing the media corresponding to the media signal outputted by the media device.

According to another exemplary embodiment of the invention there is disclosed an apparatus for sharing media content in a media system having a media device supporting a network-based media sharing protocol coupled to a computer network. The media device is for receiving shared media content over the computer network utilizing the network-based media sharing protocol and providing a media signal corresponding to the shared media content on an output port. The system further includes an output device coupled to the output port of the media device. The computer network allows a plurality of guest devices supporting the network-based media sharing protocol to be coupled thereto. The apparatus includes one or more processors configured to by default prevent all of the guest devices from utilizing the network-based media sharing protocol to share media con-

6

tent with the media device. The one or more processors are further configured to, in response to a first event occurrence, assign the media device to a particular guest device by reconfiguring one or more components of the computer network to enable the particular guest device to utilize the network-based media sharing protocol to share media stored on the particular guest device over the computer network with the media device; and command the output device to play media corresponding to the media signal outputted by the media device. The one or more processors are further configured to, in response to a second, later event occurrence, un-assign the media device from the particular guest device by reconfiguring the one or more components of the computer network to prevent the particular guest device from utilizing the network-based media sharing protocol to share the media stored on the particular guest device over the computer network with the media device; and command the output device to stop playing the media corresponding to the media signal outputted by the media device.

According to another exemplary embodiment of the invention there is disclosed a media proxy including a storage device storing software and a set of proxy rules; a network interface coupled to a computer network; and one or more processors coupled to the storage device and the network interface. By the one or more processors executing the software loaded from the storage device, the one or more processors are operable to send via the computer network an announcement according to a network-based media sharing protocol, the announcement indicating availability of the media proxy as a streaming destination supporting the network-based media sharing protocol at a particular network address on the computer network. The announcement is received by a guest device coupled to the computer network. The one or more processors are further operable to receive from the guest device over the computer network an incoming request to initiate media streaming playback utilizing the network-based media sharing protocol; and query the set of proxy rules in response to the incoming request to determine whether the guest device is currently associated with any of a plurality of media devices. The media devices are coupled to the media proxy, are streaming destinations supporting the network based media sharing protocol, and are isolated from the guest device such that the media devices are not directly accessible over the computer network by the guest device. The one or more processors are further operable to drop the incoming request when the guest device is not currently associated with any of the media devices; and when the guest device is currently associated with an associated one of the media devices, act as a transparent proxy between the guest device and the associated one of the media devices thereby enabling the guest device to initiate media streaming playback on the associated one of the media devices according to the network-based media sharing protocol.

According to another exemplary embodiment of the invention there is disclosed a method including sending via a computer network an announcement according to a network-based media sharing protocol, the announcement indicating availability of a media proxy as a streaming destination supporting a network-based media sharing protocol at a particular network address on the computer network, wherein the announcement is received by a guest device coupled to the computer network. The method further includes receiving from the guest device over the computer network an incoming request to initiate media streaming playback utilizing the network-based media sharing protocol. The method further includes querying a set of proxy

US 9,781,172 B2

7

rules in response to the incoming request to determine whether the guest device is currently associated with any of a plurality of media devices. The media devices are coupled to the media proxy, are streaming destinations supporting the network based media sharing protocol, and are isolated from the guest device such that the media devices are not directly accessible over the computer network by the guest device. The method further includes dropping the incoming request when the guest device is not currently associated with any of the media devices; when the guest device is currently associated with an associated one of the media devices, acting as a transparent proxy between the guest device and the associated one of the media devices thereby enabling the guest device to initiate media streaming playback on the associated one of the media devices according to the network-based media sharing protocol.

These and other advantages and embodiments of the present invention will no doubt become apparent to those of ordinary skill in the art after reading the following detailed description of the preferred embodiment that is illustrated in the various figures and drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be described in greater detail with reference to the accompanying drawings which represent preferred embodiments thereof:

FIG. 1 shows a block diagram of a media system according to an exemplary embodiment of the invention.

FIG. 2 shows an exemplary block diagram of the system controller of FIG. 1.

FIG. 3 illustrates how a guest device is enabled by the gateway of FIG. 1 to stream content to the in-room TV of a guest room according to an exemplary embodiment.

FIG. 4 shows an example of the gateway rules that are in-place to support inter-VLAN communication for the guest devices illustrated in FIG. 1.

FIG. 5 illustrates how a guest device is enabled by the media proxy of FIG. 1 to stream content to the in-room TV of a guest room according to an exemplary embodiment.

FIG. 6 illustrates an example of proxy rules for supporting in-room media sharing by the guest devices illustrated in FIG. 1.

FIG. 7 and FIG. 8 together illustrate a flowchart describing actions performed by the system controller of FIG. 1 to dynamically enable a guest device supporting a network-based media sharing protocol to share media content over a computer network with a subset of the media devices connected to the computer network according to an exemplary embodiment.

FIG. 9 shows an example of an in-room media device table mapping each of the in-room media devices to a respective guest area of the hotel.

FIG. 10 illustrates an example of a guest access table provided by a property management system (PMS) handling room assignment at the hotel.

FIG. 11 illustrates a flowchart showing steps taken by a reservation manager when starting the process of FIG. 7 in response to reaching the start-time of a reservation having a registered guest device.

FIG. 12 shows an example of a user interface (UI) screen for inputting information into the reservation table of FIG. 2 according to an exemplary embodiment.

FIG. 13 illustrates a flowchart showing steps taken by a login portal when starting the process of FIG. 7 upon a registered guest logging in (e.g., signing up) at the hotel's web-based login portal.

8

FIG. 14 illustrates a flowchart showing steps taken by a login portal when starting the process of FIG. 7 upon detecting network traffic from an unrecognized guest device on the hotel local area network (LAN).

FIG. 15 illustrates a user interface (UI) screen provided by the user profile server of FIG. 1 allowing a specific user to modify their information in a user profile database.

FIG. 16 illustrates a flowchart showing steps taken by a login portal when starting the process of FIG. 7 upon receiving a location-specific passkey from a guest device on the hotel local area network (LAN).

FIG. 17 shows an example of a user interface (UI) screen generated by the media device controller of FIG. 2 and displayed on a TV in a guest room to provide the guest staying in the room with the location-specific passkey.

FIG. 18 shows an example of a passkey-to-room table utilized to associate guest devices with particular guest areas and/or particular media devices of the hotel.

FIG. 19 shows examples of user interface (UI) screens generated by a login portal and displayed in a web browser or predetermined application of a guest device to allow the user of the guest device to enable in-room media content streaming according to a location-specific passkey.

FIG. 20 illustrates a flowchart describing actions performed by the media proxy of FIG. 1 to dynamically enable a guest device supporting a network-based media sharing protocol to share media content over a computer network with a subset of the media devices connected to the computer network according to an exemplary embodiment.

FIG. 21 shows an example of a central-passkey-to-location table utilized to associate guest devices with particular guest areas and/or particular media devices at one of a plurality of different hospitality establishments according to an exemplary embodiment.

FIG. 22 shows a block diagram of a media system including a plurality of central media devices according to another exemplary embodiment of the invention.

FIG. 23 illustrates how a guest device is enabled by the gateway of FIG. 22 to stream content to the in-room TV of a guest room according to an exemplary embodiment.

FIG. 24 illustrates how a guest device is enabled by the media proxy of FIG. 22 to stream content to the in-room TV of a guest room according to an exemplary embodiment.

DETAILED DESCRIPTION

FIG. 1 shows a block diagram of a media system 100 according to an exemplary embodiment of the invention. A system controller 102 is coupled between the Internet 104 and a computer network 112 of a hospitality establishment. In this embodiment, the hospitality establishment is a lodging establishment such as a hotel, and the computer network is a local area network (LAN) 112 installed at the hotel. The system controller 102 dynamically controls the ability of guest devices 118, 120 at the hotel to share media content with in-room media devices 121, 122, 123, 124 over the hotel's LAN 112.

The guest devices 118, 120 in this embodiment are personal electronic devices (e.g., mobile phones, laptop computers, netbook computers, tablet computers, digital cameras, etc.) operated by guests of the hotel. Each guest device 118, 120 supports at least one network-based media sharing protocol, for example, AirPlay® by Apple® Inc., DLNA Certification® by the Digital Living Network Alliance®, AllShare® by Samsung®, etc. The media devices 121, 122, 123, 124 are guest-facing audio-visual (AV) entertainment devices such as televisions (TVs), set-

US 9,781,172 B2

9

top boxes (STBs), and speakers distributed throughout different guest areas (e.g., rooms) of the hotel. The media devices **121**, **122**, **123**, **124** provide media functions such as audio and/or video playback of TV shows, music, feature length movies, and other media content, and may or may not also support the same network-based streaming protocol(s) as the guest devices **118**, **120**.

The guest areas illustrated in this example include two exemplary guest rooms **101**, **105**. Each of these guest rooms **101**, **105** has at least one of the hotel's media devices **121**, **122**, **123**, **124** accessible therefrom. A first guest room **101** in this example is a suite and includes a first TV **121** in a living room, a second TV **122** in a bedroom, and a central set-top box (STB) **123**. A second guest room **105** in this example is a standard guest room and includes a single in-room TV **124**. Although only two guest rooms **101**, **105** are shown in this example for simplicity, other types and numbers of guest areas within the hotel such as lobby areas, other guest rooms, pool areas, meeting rooms, shopping areas, etc. may also be included in other embodiments. Further, although only four in-room media devices **121**, **122**, **123**, **124** are shown in this example, other types and numbers of media devices including projectors, gaming consoles, speaker systems, proprietary entertainment devices such as AppleTV®, digital signs, etc. may also be distributed throughout the various guest areas of the hospitality establishment in other embodiments.

In this embodiment, the hotel's LAN **112** is logically divided into two separate virtual local area networks (VLANs), namely, VLAN-guest **114** being associated with a first subnet and VLAN-media **116** being associated with a second, different subnet. VLAN-guest **114** is used to isolate network traffic from the various guest devices **118**, **120**. Wireless access points (APs) **130** and switches **132** accessible to guest devices **118**, **120** are pre-configured to place network traffic from all guest devices **118**, **120** on the subnet associated with VLAN-guest **114**. In contrast, VLAN-media **116** is used to isolate network traffic from the various media devices **121**, **122**, **123**, **124**. The switches **136** and APs **134** to which the in-room media devices **121**, **122**, **123**, **124** are coupled are pre-configured to place network traffic from these media devices **121**, **122**, **123**, **124** on the subnet associated with VLAN-media **116**. A single AP or switch may also service both VLANs **114**, **116** such as a single AP/switch that provides network connectivity to guest devices on VLAN-guest **114** and to media devices on VLAN-media **116**.

As shown in FIG. **1**, the system controller **102** is coupled between VLAN-guest **114** and VLAN-media **116** on the hotel's LAN **112**. The system controller **102** in this embodiment includes a gateway **210** and a media proxy **212**. The gateway **210** and media proxy **212** are utilized for dynamically enabling each of the guest devices **118**, **120** to share media with a subset of the in-room media devices **121**, **122**, **123**, **124** at the hotel for limited times in response to the occurrence of certain triggering events.

By default, the various network components of the hotel's LAN **112** including the switches **132**, **136**; APs **130**, **134**; the gateway **210**; and the media proxy **212** are configured to prevent guest devices **118**, **120** from utilizing their built-in network-based media sharing protocol(s) to share media content with all of the in-room media devices **121**, **122**, **123**, **124** at the hotel. In particular, the switches **132**, **136** and APs **13**, **134** do not allow inter-VLAN communications and instead pass all inter-VLAN network traffic (from one of the VLANs **114**, **116** to the other of the VLANs **114**, **116**) to the gateway **210**. The gateway **210** by default drops all inter-

10

VLAN communication. Additionally, the media proxy **212** by default does not reroute media shared by the guest devices **118**, **120** to any of the hotel's in-room media devices **121**, **122**, **123**, **124**.

Gateway **210** acts as the default gateway on hotel LAN **112** and controls network traffic according to a number of dynamically updatable rules. These rules specifically authorize certain guest devices **118**, **120** to communicate over hotel LAN **112** with various subsets of the in-room media devices **121**, **122**, **123**, **124**. For each guest device **118**, **120**, the system controller **102** selects the subset for which in-room media sharing is to be enabled. In this embodiment, the subset of media devices selected for a particular guest device **118**, **120** only includes the in-room media devices of the room of the hotel that is associated with the IP address of the guest device **118**, **120**.

Taking guest device **118** (associated with room **101** in FIG. **1**) as an example, guest device **118** is dynamically enabled by the gateway **210** to communicate with only the in-room media devices **121**, **122**, **123** of room **101**. In this way, guest device **118** can utilize its natively supported network-based media sharing protocol(s) to share media over the hotel LAN **112** with compatible in-room media devices **121**, **122**, **123** of guest room **101** that also support the same protocol, but not with compatible media devices **124** of other rooms of the hotel such as room **105**.

The media proxy **212** acts as a media server supporting at least one network-based sharing protocol to which guest devices **118**, **120** at the hotel may connect and share media content. By default the media proxy **212** does not reroute shared media from unauthorized guest devices to any media devices **121**, **122**, **123**, **124** at the hotel. Media content shared by unauthorized guest devices is simply dropped by the media proxy **212** (e.g., passed to a null interface).

For authorized guest devices the media proxy **212** dynamically reroutes and optionally converts shared media content to one or more of the subset of authorized in-room media devices for that guest device **118**, **120**. Taking guest device **120** (associated with room **105** in FIG. **1**) as an example, guest device **120** is enabled by the media proxy **212** to utilize a network-based media sharing protocol supported by both the media proxy **212** and guest device **120** to share media over hotel LAN **112** with in-room media device **124** of guest room **105** regardless of whether the in-room media device **124** of room **105** also supports the same network-based media sharing protocol. However, guest device **120** is not enabled to utilize the network-based media sharing protocol to share media with media devices **121**, **122**, **123** of other rooms of the hotel such as room **101**. Such unauthorized sharing is prevented because the media proxy **212** will not reroute shared media from this guest device **120** to other media devices that are not associated with room **105**.

In the following description of a preferred embodiment, the system controller **102** includes both the gateway **210** and media proxy **212**. One reason to include both is because some network-based media sharing protocols are better supported by the use of the media proxy **212** while others are better supported by use of the gateway **210**. For example, when utilizing certain network-based media sharing protocols (e.g., DLNA®) that do not require multicast discovery messages in both directions (i.e., from guest device to media device and also from media device to guest device), the gateway **210** facilitates a guest device and a compatible media device within the guest device's authorized subset to directly communicate using unicast transmissions. After assisting a guest device to discover such a compatible media

US 9,781,172 B2

**11**

device in its authorized subset, gateway **210** operates similar to a conventional gateway passing traffic from the guest device on the subnet associated with VLAN-guest **114** to the media device on the subnet associated with VLAN-media **116** and vice versa. In this way, when both a guest device **118**, **120** and an in-room media device **121**, **122**, **123**, **124** in the authorized subset for that guest device support the same network-based streaming protocol (which preferably does not require bi-directional multicast transmissions), these devices can communicate directly over the hotel LAN **112** subject to the dynamically programmed rules of the gateway **210**. Very little load is placed on system controller **102** to perform such allowing and blocking operations.

In contrast, other media sharing protocols such as those that do require bi-directional multicast communications (e.g., AirPlay®) are better facilitated by media proxy **212** acting as a single media server to which all guest devices **118**, **120** may connect and share media. In this way, the media proxy **212** is able to multicast announce its availability to all guest devices **118**, **120** at the hotel in response to a multicast query from a guest device **118**, **120** at the hotel. All guest devices **118**, **120** at the hotel receive the multicast announcement from the media proxy **212** and are able to connect to the media proxy **212** using a supported network-based media sharing protocol. Each guest device **118**, **120** at the hotel "thinks" it is communicating with a compatible media device such as a TV even though it is actually communicating with the central media proxy **212**. When a particular guest device **118**, **120** begins to share content with the media proxy **212**, behind the scenes the media proxy **212** reroutes (and optionally converts to a compatible protocol/format) the shared media and streams it to the appropriate room's TV or another media device at the hotel. The particular destination media device is one that is within the authorized subset for the guest device and is set according to dynamically configured proxy rules.

Not only does the media proxy **212** in this embodiment facilitate the use of protocols requiring bi-directional multicast communications by preventing all guest devices **118**, **120** at the hotel from receiving individual multicast announcements from all in-room media devices **121**, **122**, **123**, **124** (and vice versa), the media proxy **212** can also be utilized to allow a guest device **118**, **120** to share media utilizing a particular network-based media sharing protocol with an in-room media device **121**, **122**, **123**, **124** that does not support that particular network-based media sharing protocol. The protocols utilized by the guest device and the in-room media device are not required to be the same because the media proxy **212** can dynamically convert (e.g., decrypt, reformat, transcode, re-encrypt, etc.) the shared media and then stream it to the proper destination media device using any suitable streaming technique supported by the destination media device.

FIG. **2** shows an exemplary block diagram of the system controller **102** of FIG. **1**. In this embodiment, the system controller **102** is a computer server running a number of software modules **210**, **212**, **214**, **216**, **218**, **220**, **222**, which are stored in a storage device **208** such as a hard disk or other tangible, non-transitory computer readable medium. A database containing a number of tables of data **232**, **234**, **236**, **238**, **240**, **242** utilized in conjunction with the software modules **210**, **212**, **214**, **216**, **218**, **220**, **222** is stored in another storage device **230**.

The system controller **102** further includes a first network interface **200** coupled to the Internet **104**, a second network interface **202** coupled to the hotel LAN **112**, a clock unit **206** such as a real-time clock chip for tracking time, and one or

**12**

more processors **204** coupled to the storage devices **208**, **230**, network interfaces **200**, **202**, and the clock unit **206**. In the following description, the plural form of the word "processors" will be utilized as it is common for a CPU of a computer server to have multiple processors (sometimes also referred to as cores); however, it is to be understood that a single processor **204** may also be operable to perform the disclosed functionality in other embodiments.

In this embodiment, the modules **210**, **212**, **214**, **216**, **218**, **220**, **222** represent software modules executed by the processors **204** to cause the system controller **102** to perform a variety of functions at the hotel. The gateway **210** and the media proxy **212** were already briefly described with reference to FIG. **1**. The reservation manager **216** reconfigures the gateway **210** and/or media proxy **212** to enable media sharing between a guest device **118** registered in a hotel reservation and media devices within a hotel room associated with the reservation. The login portal **214** is a webserver to which guest devices **118**, **120** at the hotel may connect in order to sign-up for in-room media content sharing and other services at the hotel such as high speed Internet access (HSIA). The expiry manager **216** is responsible for deactivating in-room media sharing support when a guest device **118**, **120** is no longer authorized to share content with a subset of the hotel's in-room media devices. The DHCP server **220** provides network settings such as the IP address of the gateway **210** as the default gateway to guest devices **118**, **120** when the guest devices **118**, **120** are first coupled to hotel LAN **112**. Finally, the media device controller **222** is operable to send commands that change the behavior of the various in-room media devices **121**, **122**, **123**, **124** at the hotel such as to display a temporally unique passkey currently associated with each hotel room.

In another embodiment, rather than software modules executed by processors **204**, the modules **210**, **212**, **214**, **216**, **218**, **220**, **222** of FIG. **1** represent hardware modules and may be implemented either internal or external to system controller **102**. Combinations of software and hardware modules may also be utilized in other embodiments.

The database tables **232**, **234**, **236**, **238**, **240**, **242** are utilized by the processors **204** when performing the various functions of modules **210**, **212**, **214**, **216**, **218**, **220**, **222**. In this embodiment, the gateway rules **232** contain dynamically updatable network traffic processing rules utilized by gateway **210**. The proxy rules **234** contain dynamically updatable associations between guest devices and media devices for which shared media will be rerouted by the proxy **212**. The in-room media device table **236** maps each of the in-room media devices **121**, **122**, **123**, **124** with one or more respective rooms **101**, **105**. The passkey-to-room table **238** maps each of a plurality of unique passkeys to one or more respective rooms **101**, **105**. The guest access table **240** corresponds to the hotel's property management system (PMS) and stores details of guests at the hotel including room assignments and scheduled check-out times. The reservation table **324** stores details of reservations at the hotel such as individual guest room reservations and meeting/conference room reservations.

Further details of how the system controller **102** operates in various exemplary embodiments are provided in the following.

FIG. **3** illustrates how guest device **118** is enabled by gateway **210** to stream content to the in-room TV **121** of guest room **101** according to an exemplary embodiment. The double arrow lines in FIG. **3** generally illustrate interactions between modules and devices of the system **100** in FIG. **1**. The interactions are not restricted to the exact order shown,

US 9,781,172 B2

13

and, in other embodiments, shown interactions may be omitted or other intermediate interactions added. The interactions in this embodiment include the following:

1. Guest device **118** triggers the activation of the in-room media sharing feature at the hotel by providing a unique room passkey (associated with only room **101**) to the hotel's login portal **214** during a log in process. This passkey may have been provided to the guest by the media device controller **222** causing the in-room TV **121** to display to the guest the passkey as a "connect code" (see FIGS. **17** and **18**, described in further detail later).

2. The login portal **214** checks the passkey-to-room table **236** in the database **230** to determine which hotel room is associated with the received passkey, and then clears the MAC and/or IP address of guest device **118** for communication with the MAC and/or IP address of each of the in-room media devices **121**, **122**, **123** of room **101** because this is the room found associated with the received passkey in this example. The IP/MAC addresses of the in-room devices **121**, **122**, **123** of room **101** are loaded from the in-room media device table **236**. Guest device **118** is only cleared for communication with this subset of the media devices at the hotel (i.e., only cleared for communication with TV **121**, TV **122**, and STB **123** in FIG. **1**). By default, the gateway **210** will drop network traffic from guest device **118** to other media devices at the hotel such as to TV **124** in room **105**. The rules needed to configure the gateway **210** to filter network traffic in this manner are dynamically stored by the login portal **214** in the gateway rules **232**.

3. Guest device **118** sends a multicast discovery message looking for an available media device on LAN **112** that supports a particular network-based sharing protocol. By using client isolation and port isolation techniques, the APs **130** and switches **132** on VLAN-guest ensure that only the system controller **102** receives the discovery message. Gateway **210** also preferably blocks the discovery message from being passed to the in-room media devices **121**, **122**, **123**, **124** on VLAN-media **116**. The purpose (in combination with the discover helper **300**, described next) is to avoid spamming all in-room media devices **121**, **122**, **123**, **124** at the hotel with the multicast discovery query from guest device **118**.

4. Discovery helper **300** of gateway **210** queries the in-room media device table **236** in database **230** to find which (if any) of the authorized subset of media devices for guest device **118** also supports the same network-based sharing protocol as the guest device is currently utilizing. For example, if guest device **118** is searching for a DLNA® compatible media device, discovery helper **300** queries in-room media device table **236** to see which of TV **121**, TV **122**, and STB **123** in room **101** (associated with guest device **118**) supports DLNA®. Assuming TV **121** supports the same protocol, the discovery helper **300** replies unicast to guest device **118** on behalf of TV **121** and provides guest device **118** with the IP address of TV **121** to use for future direct communications to TV **121**.

5. Guest device **118** requests a connection with the IP address of TV **121** in order to begin streaming media content to TV **121**. Because TV **121** is on a different subnet than guest device **118**, all unicast traffic from guest device **118** to TV **121** is sent via gateway **210**.

14

6. A gateway controller **302** of gateway **210** receives the unicast network traffic from the source address of guest device **118** to the destination address of TV **121**. The gateway controller **302** checks the gateway rules **232** to determine whether traffic matching this combination of destination and source addresses is to be passed or dropped.

7. Because in this example guest device **118** and TV **121** are authorized to communicate with each other according to the gateway rules **232**, the gateway controller **302** passes the unicast traffic received from guest device **118** for delivery on the subnet associated with VLAN-media **116**. Replies from TV **121** to guest device **118** are also passed from VLAN-media **116** to VLAN-guest **114** in a similar manner. Guest device **118** is now in direct bi-directional unicast communication with TV **121** over hotel LAN **112** via gateway **210**, and any functions available by the network-based media streaming protocol supported by both guest device **118** and TV **121** may be performed. For example, guest device **118** may share media content for playback on TV **121** or may mirror its desktop output onto TV **121**.

FIG. **4** shows an example of the gateway rules **232** that are in-place to support exemplary inter-VLAN communication for guest devices **118**, **120** in FIG. **1**. In this embodiment, the gateway rules **232** are organized in a table format and the gateway controller **302** searches for a matching rule in an order from top to bottom. The gateway controller **302** applies the specified action for the first matching rule and then processes subsequent network traffic by again searching for a matching rule in the order from top to bottom.

As shown in FIG. **4**, a client ID column **400** stores an identifier utilized to correlate each gateway rule with a specific client such as a guest of the hotel. This is useful, for example, when the guest checks out of the hotel to allow the system controller **102** to delete all the gateway rules **232** having the same client ID as the now checked-out guest.

A source VLAN column **402** specifies the VLAN tag indicating the source VLAN from which received network traffic originated. In this embodiment, network traffic having a source VLAN matching VLAN-guest **114** is thereby known to have originated from a guest device **118**, **120** such as a personal device brought to the hotel by a guest. In contrast, network traffic having a source VLAN matching VLAN-media **116** is known to have originated from an in-room media device **121**, **122**, **123**, **124** of the hotel's media system **100**.

The source device column **404** specifies the source Internet protocol (IP) address of the network traffic. In this embodiment, each device, whether guest device **118**, **120** or in-room media device **121**, **122**, **123**, **124** has a unique IP address on the hotel LAN **112** assigned, for example, by the DHCP server **220** after that device's initial connection to LAN **112**. (Each device further has a unique media access control (MAC) address which could also be utilized in this column **404**.)

The destination VLAN column **406** specifies the VLAN tag of the destination VLAN to which the received network traffic is destined. The destination VLAN tag may be specified in the network traffic itself or may be determined on the fly by the gateway **210** according to the destination IP address (see column **408**) included in the received network traffic.

The destination device column **408** specifies the destination IP address included in the received network traffic. Again, although source address column **404** and destination address column **408** are focused on IP addresses in this

US 9,781,172 B2

15

embodiment, MAC addresses, other types of network addresses, and/or other device identifiers may be utilized instead of or in addition to IP addresses in these columns **404**, **408** for identifying the source and destination devices.

The action column **410** specifies the action performed by the gateway **210** when the rule matches the received network traffic. For example, the action of "Pass" means the gateway **210** will pass the received network traffic to its specified destination IP address on the destination VLAN/subnet, and the action of "Drop" means the gateway **210** will drop the received network traffic.

A first example rule set **418** corresponds to a communication feature activated for guest device **118**, which is operated by a guest of the hotel staying in room **101**. In this example, room **101** has three in-room media devices (TV **121**, TV **122**, and STB **123**). The first rule set **418** was dynamically added to rules **232** by the system controller **102** to allow guest device **118** to directly communicate with only this subset of the media devices coupled to LAN **112**. In particular, three rules respectively allow network traffic to pass from guest device **118** to each of the three in-room media devices **121**, **122**, **123**. Another three rules respectively allow network traffic to pass from each of the three in-room media devices **121**, **122**, **123** to guest device **118**. If this guest device **118** tries to communicate with other media devices in other hotel rooms, the communication will be dropped (because default rule **430** will apply, see below).

A second example rule set **420** corresponds to a communication feature activated for guest device **120**, which is operated by a guest of the hotel staying in room **105**. The second rule set **420** was dynamically added by the system controller **102** to allow guest device **120** to communicate with the single in-room TV **124** of room **105**. If guest device **120** tries to communicate with other media devices in other hotel rooms, the communication will be dropped (because rule set **430** will apply, see below).

At the end of the gateway rules **232**, default rule set **430** is a static rule always present in rules **232** to isolate the VLANs **114**, **16** from each other by preventing (e.g., action of "Drop" in column **410**) inter-VLAN communication when none of the above rules apply. Default rule set **430** prevents all unauthorized guest devices from communicating with in-room media devices and also prevents the two authorized guest devices **118** and **120** in this example from communicating with media devices of other rooms.

The gateway rules **232** illustrated in FIG. **4** show the rules when communication features for the first and second guest devices **118**, **120** are activated. In this embodiment, each of the communication features is only active for a limited time period. In order to deactivate the communication feature enabling the first guest device **118** to communicate with the media devices **121**, **122**, **123** in room **101** when its time period has expired, the system controller **102** dynamically removes the first rule set **418** from the gateway/firewall rules. Communication between the first guest device **118** and the media devices **121**, **122**, **123** in this room **101** is thereby prevented due to the above-described VLAN isolation in combination with default rule **430**. Likewise, to deactivate the communication feature enabling the second guest device **120** to communicate with the media device **124** in room **105**, the system controller **102** dynamically removes rule set **420** from the gateway rules **232**.

In an example usage scenario, after a new guest checks into the first hotel room **101**, the system controller **102** dynamically configures the gateway/gateway rules **232** such as by adding inter-VLAN rule set **418** so that the network address of the guest's personal device **118** is cleared for

16

access to the network addresses of the various media devices **121**, **122**, **123** in the guest's registered room **101**. Because communication is enabled between guest device **118** and the in-room media devices **121**, **122**, **123** of room **101**, media functions such as direct streaming of media content between these devices is supported. However, the media devices in other rooms of the hotel (e.g., TV **124** in guest room **105**) remain inaccessible to guest device **118**. In particular, there is no inter-VLAN communication rule set allowing communication between the IP/MAC address of guest device **118** and the IP/MAC addresses of the other media devices of the hotel such as TV **124**.

At the guest's scheduled checkout time (or after another predetermined expiry event such as the guest of room **101** performing an early checkout), the system controller **102** dynamically reconfigures the gateway rules **232** to prevent guest device **118** from communicating with the in-room media devices **121**, **122**, **123** in room **101**. This may involve removing all gateway rules **232** having the IP address(es) of the guest device(es) **118** associated with the guest that has now checked out of room **101**, i.e., by removing inter-VLAN rule set **418**. In this way, guest device **118** will be unable to communicate with any of the in-room media devices **121**, **122**, **123** in room **101** after its operator has checked out of that room **101**.

In some embodiments the guest may continue to utilize their guest device **118** on the hotel's computer network **112** to access the Internet **102** for a period of time after the in-room media sharing between guest device **118** and the in-room media devices **121**, **122**, **123** has been deactivated. For example, there may be additional gateway rules **232** (not shown) that enable Internet access for specific guest devices **118**, **120**, and these Internet access rules may be removed for a particular guest device **118**, **120** at a later time than the above-described inter-VLAN rule sets **418**, **420** for the particular guest device **118**, **120**. This is beneficial to give the now-checked-out guest extra Internet access time while still preventing that user from disrupting the television viewing experience of a new guest staying room **101**.

FIG. **5** illustrates how guest device **120** is enabled by media proxy **212** to stream content to the in-room TV **124** of guest room **105** according to an exemplary embodiment. The double arrow lines in FIG. **5** generally illustrate interactions between modules and devices of the system **100** in FIG. **1**. The interactions are not restricted to the exact order shown, and, in other embodiments, shown interactions may be omitted or other intermediate interactions added. The interactions in this embodiment include the following:

1. Upon system **100** start-up or reboot, a media server **500** within the media proxy **212** registers itself with a multicast domain name server (mDNS) **502** on LAN **112**. The function of mDNS **502** is to multicast reply to multicast queries received from guest devices **118**, **120** at the hotel. The multicast response provided by the mDNS **502** provides the registered IP address utilized by the media server **500** as an available media device at the hotel. Other discovery helper modules (not shown) may similarly be included in other embodiments to facilitate discovery of the media server **500** by guest devices using protocols other than mDNS.

2. During the login process guest device **120** provides a unique room passkey (associated with only room **105** in this example) to the hotel's login portal **214**. This step is similar to the corresponding step **1** of FIG. **3**.

3. The login portal **214** checks the passkey-to-room table **236** in the database **230** to determine which hotel room is associated with the received passkey, and then asso-

US 9,781,172 B2

17                                                                18

ciates the MAC and/or IP address of guest device **120** with the MAC and/or IP address of the in-room TV **124** of room **101** because this is the only media device of the room found associated with the received passkey in this example. The IP/MAC addresses of the in-room TV **124** of room **105** is loaded from the in-room media device table **236**. The media proxy is configured to reroute shared media from guest device **120** to the in-room TV **124** in room **105**. The rules needed to configure the media proxy **212** to reroute shared media in this manner are dynamically stored by the login portal **214** in the proxy rules **234**.

4. Guest device **120** sends a multicast mDNS discovery message looking for an available media device that supports a particular network-based sharing protocol on hotel LAN **112**. The mDNS **502** receives the discovery message and replies with a multicast announcement on VLAN-guest providing the address of the media server **500** as media device supporting the requested network-based sharing protocol (assuming the media server **500** does support this protocol). In a preferred embodiment, the multicast queries and replies are only sent on VLAN-guest **114** and do not cross over to VLAN-media **116** to avoid spamming all in-room media devices **121**, **122**, **123**, **124**. For example, when guest device **120** multicasts an mDNS query for AirPlay®-compatible media devices, the only response guest device **120** receives is from the mDNS **502** providing the IP address of media server **500** as an AirPlay compatible media device. Likewise, guest device **120** may also receive multicast responses that mDNS **502** sends when replying to other guest devices' mDNS queries on hotel LAN **112**. However, in a preferred embodiment, client isolation and port isolation techniques are employed by APs **130** and switches **134** providing VLAN-guest **114** so that multicast transmissions by guest device **118**, **120** are only received by the system controller **101** and are not received by other guest devices **118**, **120**.

5. Guest device **120** opens a connection with the IP address of the media sever **500** and begins to stream media content utilizing the network-based media sharing protocol. Again taking AirPlay® as an example, the media server **500** may be listening for AirPlay® connections on IP/UDP ports **7000** (AirPlay video), **7100** (Mirroring), **3689** (DAAP, metadata, remote control), **49152** (RAOP, music), **7010/7011** (network timing protocol), **80** (web requests), **443** (encrypted web requests), etc.

6. The media server checks the proxy rules **234** to determine which in-room media device(s) is (are) associated with the incoming shared media and checks the in-room media device table **236** to determine whether the associated media device(s) support(s) the network-based media sharing protocol being utilized by the guest device.

7. A—When the associated media device (e.g., TV **124**) supports the same network-based media protocol as is being utilized by guest device **120**, the media server **500** opens a connection with that media device and redirects the stream received from guest device **120** to TV **124**. Any connections made by TV **124** back to the media server **500** related to this stream are redirected back to guest device **120** in a similar manner. In this way, the media proxy **212** operates as a transparent

proxy between guest device **120** and TV **124**. This interaction is shown in FIG. **5** with the double arrow line labelled "**7a**".

7. B—Alternatively, when the associated media device (e.g., TV **124**) does not support the same network-based media sharing protocol as is being utilized by guest device **120**, the media server **500** passes the stream to a decrypt/convert/re-encrypt module **504** to convert the shared media to be compatible with the associated media device (e.g., TV **124**). The converted media is thereafter sent to TV **124** by the media proxy **212** utilizing a method compatible with TV **124**. In this way, the media proxy **212** operates as a format converter between guest device **120** and TV **124**. This interaction is shown in FIG. **5** with the double arrow lines labelled "**7b**".

In addition to rerouting a streaming connection from guest device **120** to TV **124**, the media proxy **212** may also reroute another type of connection made from TV **124** back to guest device **120**. This secondary connection may be useful in some applications such as desktop mirroring as it can be utilized to keep clocks of the two devices **120**, **124** in sync, for example. The media server **500** listens for this reverse connection request from TV **124** and looks up guest device **120** associated with TV **124** based on the source IP of TV **124** and the prior open connections on port **7000** already made. Alternatively, the media server **500** re-queries data stored in the database **230** (e.g., proxy rules **234**), which associates TV **124** with guest device **120**.

FIG. **6** illustrates an example of proxy rules **234** for supporting in-room media sharing by the guest devices **118** and **120** illustrated in FIG. **1**. The proxy rules **320** in this embodiment are a mapping of the IP address of a guest device on LAN **112** to the IP address of a particular media device with which the guest device is authorized to share media (i.e., one of the authorized subset of media devices selected for that guest device).

A guest device identifier (ID) column **600** stores the IP address of the guest device (similar to column **404** of FIG. **4**) and a client ID column **602** stores the client number associated with the guest device (similar to column **400** of FIG. **4**). A destination in-room media device column **604** stores the particular media device to which media content shared by the guest device will be rerouted by the media proxy **212**. The particular media device stored in column **604** is one of the media devices in the authorized subset selected for that guest device.

For rooms that have more than one media device such as room **101** in FIG. **1**, the guest may be enabled to select the desired destination media device from the subset of media devices **121**, **122**, **123** in the guest's room. For example, the guest may make a selection at the login portal **214** or using a predetermined hotel application running on guest device **118** either during the login process or afterwards to cause the media proxy **212** to reroute shared media to a different media device of the guest's assigned room. When the guest chooses a new in-room media device at the login portal **214**, for example, the login portal **214** updates the destination media device associated with the guest device in column **604** of the proxy rules **234**. Again, the possible destination media devices are limited to only the subset of media devices that are associated with the guest device, i.e., the in-room media devices of the guest's assigned room. The guest cannot choose a media device outside of this authorized subset such as a TV in another, unrelated guest's room.

Multiple in-room media devices (selected from the authorized subset associated with the guest device) may also be

US 9,781,172 B2

19

stored in column 604. In this situation, the media proxy 212 will simultaneously reroute media shared by the guest device to multiple in-room media devices. This is useful to allow the guest to stream music or video content to all TVs and speakers in their registered hotel suite, for example.

The particular destination in-room media device(s) in column 604 may also be automatically selected and/or changed by the system controller 102 in response to activity by the guest such as by powering on a particular media device within the suite. When only a single media device is powered on, that media device may be automatically selected for storage in column 604.

The following description of the system controller 102 in this embodiment will continue to assume that both the gateway 210 and media proxy 212 are included in the system controller 102 as this is a preferred embodiment when some but not all of the in-room media devices 121, 122, 123, 124 at the hotel natively supports a network-based media sharing protocol. However, it is to be understood that, in other embodiments, only one of the gateway 210 or the media proxy 212 is included.

In the case where only one of gateway 210 or media proxy 212 is to be included in system 100, the decision of which to include can be made according design decisions and trade-offs appropriate to the target application. For example, when all of the in-room media devices 121, 122, 123, 124 natively support at least one network-based sharing protocols (e.g., AirPlay®, DLAN®, AllShare®, etc.) and the hospitality establishment only wishes to support these protocols, either gateway 210 or media proxy 212 can be used alone to enable media sharing using these protocols by guest devices 118, 120 at the hotel while also limiting each guest device 118, 120 to only share media content with a subset of the media devices (e.g., only media devices included in the room associated with the guest device 118, 120). Alternatively, if none of the in-room media devices 121, 122, 123, 124 at the hotel natively supports a network-based media sharing protocol that is desired to be supported by the hotel, then only the media proxy 212 may be included in the system controller 102 as the media proxy 212 will always be utilized to convert shared media using the desired protocol and then stream it to the in-room media device using another type of streaming protocol such as a Moving Picture Experts Group (MPEG) and/or Real Time Streaming Protocol (RTSP).

Although separate VLANs 114, 116 are utilized in the above exemplary embodiments to ensure guest devices 118, 120 are by default unable to communicate and share content with in-room media devices 121, 122, 123, 124, a similar result can also be achieved using other types of network segments. Each guest device 118, 120 may be placed on a first network segment and all media devices 121, 122, 123, 124 may be placed on one or more separate network segments. A gateway, proxy, network address translator, firewall, router, or any other network control component having dynamically updatable control rules may be placed between the different network segments similar to how gateway 210 controls traffic between VLAN-guest 114 and VLAN-media 116, and how media proxy 212 controls the rerouting of shared media between guest devices 118, 120 on VLAN-guest 114 and media devices 121, 122, 123, 124 on VLAN-media 116 in the above example. Other methods of blocking network traffic by default such as port isolation or other suitable control functions performed by a network component may be employed instead or in addition to VLAN isolation in these and other embodiments.

20

FIG. 7 and FIG. 8 together illustrate a flowchart describing actions performed by the system controller 102 to dynamically enable a guest device supporting a network-based media sharing protocol to share media content over a computer network with a subset of the media devices connected to the computer network according to an exemplary embodiment. The steps of the flowchart in FIG. 7 and FIG. 8 are not restricted to the exact order shown, and, in other embodiments, shown steps may be omitted or other intermediate steps added. In this embodiment, the processors 204 execute one or more of the modules 210, 212, 214, 216, 218, 220, 222 in order to cause the system controller 102 to perform the illustrated steps.

As shown by an initial group of steps labelled 700 in FIG. 7, the process beings in response to an event occurrence (step 702) and involves selecting a subset of the media devices on LAN 112 according to the particular type of event occurrence (step 704).

An example of an event occurrence that may trigger the process at step 702 is when a guest of the hotel logs in to the hotel from their guest device at the webserver provided by the login portal 214. The login process may involve the guest simply agreeing to terms and conditions, or may be more substantial such as when the guest is required to verify their identify and make or authorize a payment.

Other event occurrences may also start the process at step 702 of FIG. 7. For example, rather than starting the process upon guest login, the process may start in response to detecting a media content streaming/discovery attempt by a guest device associated with (or detected to be within) a particular guest room. This may occur after the login and room association of the guest device such as after the guest has logged in for HSIA at the hotel. A benefit of this embodiment is that if the guest device never attempts to stream media content to an in-room media device then no resources are wasted by system controller 102 setting up gateway rules 232 and proxy rules 234.

At step 704, the reservation manager 216 and/or login portal 214 select a subset of the hotel's media devices 121, 122, 123, 124 for which media sharing is to be enabled for the guest device. In the following embodiment the selected subset is assumed to be only the media devices accessible from a particular guest area (e.g., room number) of the hotel found associated with the guest device. For example, when the process of FIG. 7 is triggered to activate in-room media sharing for guest device 118 in FIG. 1, guest device 118 is found to be associated with room 101 and therefore the reservation manager 216 and/or login portal 214 select the subset for which in-room media sharing is to be enabled for this guest device 118 to be TV 121, TV 122, and STB 123. Other desired subsets may be utilized in other embodiments.

FIG. 9 shows an example of the in-room media device table 236 mapping each of the in-room media devices 121, 122, 123, 124 to a respective guest area 101, 105 of the hotel. At step 704, the reservation manager 216 and login portal 214 access the in-room device table 318 to determine the network addresses of the in-room media devices of the particular guest area found associated with the guest device.

The room ID column 900 stores an identifier of each guest area within the hospitality establishment. In this example, the guest areas are represented by their room numbers 101, 105. In other applications, the guest areas may include seat numbers of an airline or cabin numbers on a cruise ship for example. English names with room numbers are shown in brackets in the example of FIG. 9 but in practical implementations the room IDs may be any unique identifier of the guest area.

US 9,781,172 B2

21

22

An in-room media devices column **902** stores the various media devices that are associated with the room ID listed in column **900**. Some guest areas may have more than one associated media device. For example, guest room **101** in this example has TV **121**, TV **122** and STB **123**. Other guest areas may have a single media device such as room **105** having only a single TV **124** in this example.

A type column **904** stores the network-based media sharing protocol(s) supported by each of the media devices shown in column **902**. In this example, there are two types of network-based media sharing protocols utilized by media devices in the hotel: AirPlay® by Apple® Inc., and AllShare® by Samsung® Inc. In the first hotel room **101**, two AirPlay® certified devices are installed; whereas, in the second hotel room **105**, an AllShare® certified device is installed. Some media devices may support multiple network-based media sharing protocols such as the TV in exemplary guest room "**107**", which supports both AirPlay® and AllShare®. Other streaming protocols may also be supported by media devices in other implementations; for instance, digital living network alliance (DLNA®) certified media devices may be included in other rooms. Furthermore, some media devices such as STB **123** may not support any network-based media sharing protocols and may instead only be capable of receiving MPEG or real time streaming protocol (RTSP) streams from media proxy **212** (similar to how video-on-demand (VOD) is sent to these devices by other servers of the hospitality media system **100**); these media devices have a "-" in column **904** in this example.

In some embodiments, the type column **904** is beneficially utilized to by the reservation manager **216** and/or login portal **214** to assign the guest to a room having the same type of media sharing protocol(s) supported by the guest's personal guest device(s). For example, the guest may specify in their hotel reservation that they wish to be assigned to a guest room having AirPlay® media devices to take advantage of that streaming protocol natively supported by the guest's mobile phone. Rather than requiring the guest to manually select the type of media device in a reservation, the selection may instead be done automatically such as when the reservation manager **216** stores a history of previous guest devices brought to the hotel by the guest and automatically assigns the guest to a room having compatible media devices. Assigning the guest to a room having compatible media devices reduces the load required by the media proxy **212** to enable media sharing (e.g., media proxy **212** can redirect connections), and/or allows the gateway **210** to enable media sharing by passing unicast communications.

In some embodiments, the system controller **102** automatically populates the list of in-room media devices **236**, for example, by listening to multicast announcements from in-room devices **121, 122, 123, 124** in order to detect which media sharing protocols are supported and the IP addresses of the media devices **121, 122, 123, 124**. Switch port mapping queries can be utilized by the system controller **102** to trace network traffic back to its source and determine in which hotel room **101, 105** each media devices **121, 122, 123, 124** is located.

Returning again to the description of step **704**, in a first example when a guest staying in room **101** logs in for HSIA at the hotel's login portal **214**, the login portal **214** detects the IP address of the guest's device **118** and determines the IP addresses of the in-room media devices **121, 122, 123** associated with room **101** from the in-room device table **318**. In another example when the guest has made a reservation and is assigned room **105**, the reservation manager **216** loads the MAC address of the guest's personal device **120** from the reservation details and determines the IP/MAC addresses of the media device **124** in the assigned room **105** from the in-room media device table **236**.

At step **706**, the system controller **102** checks whether the guest device is already on the hotel's LAN **114**. The may be done by pinging the IP address of the guest device or checking DHCP logs to determine if a particular MAC address has been assigned an IP address. Depending upon the event occurrence that triggered the process at step **702**, sometimes the system controller **102** may enable the sharing feature for a guest device before it has arrived at the hotel, for example, at the start time of a reservation. When the guest device is not already on LAN **114**, control proceeds to step **708** to setup the DHCP server **220** to assigned a specific IP to the guest device upon its arrival. Alternatively, when the guest device is already on LAN **114**, its IP address is already known and therefore control proceeds to step **710** to enable media sharing for the guest device.

At step **708**, the login portal **214** and/or reservation manager **216** setup rules in the DHCP server **220** to ensure the guest device will be assigned particular network settings such as a particular IP address when it is connected to LAN **112**. Control then proceeds to step **710** to enable sharing for the particular IP address that is now preconfigured to be assigned to the guest device.

At step **710**, the login portal **214** and/or reservation manager **216** update the gateway rules **232** to thereby allow unicast communications between the guest device and each of the in-room media devices in the subset determined at step **704**. For example assuming the particular guest room associated with guest device **118** is room **101**, at step **404** the reservation manager **216** or login portal **214** dynamically adds gateway rules **232** such as inter-VLAN communication rule set **418** in FIG. **4**, which allows communication between the IP address of guest device **118** and each of the IP addresses of the in-room media devices **121, 122, 123** of room **101**. The IP addresses of the media devices associated with the location are loaded from the in-room media device table **236** (see FIG. **9**). The IP addresses of the guest device is either known from its received network traffic or may be known in advance by the system controller **102** configuring the DHCP server **220** at the hotel to assign a specific IP address to the guest device identified by a predetermined MAC address listed in the reservation—see previously described step **708** and column **830** of FIG. **8**, described in more detail later.

At step **712**, the login portal **214** and/or reservation manager **216** update the proxy rules **234** to reroute media shared from the guest device to one or more of the media devices in the subset determined at step **704**. As previously mentioned, the selection of the particular destination media device(s) in column **604** can be made according to commands received from the guest device or may be done automatically by the system controller **102** according to activity by the guest device or one of the media devices in the subset.

At step **714**, when the system controller **102** receives multicast network traffic from the guest device, control proceeds to step **714**; otherwise, control proceeds to step **722**. An example of typical multicast network traffic that will be received from the guest device is a query for media devices on LAN **112** that support a particular media sharing protocol.

At step **716**, the gateway **210** and media proxy **212** examine the multicast network traffic to detect the requested media sharing protocol. This may also be done according to

US 9,781,172 B2

23                                                                        24

the destination address and/or port(s) specified by the multicast network traffic or according to content of the traffic. When the detected media sharing protocol supports unicast responses to the multicast query, control proceeds to step **718**; alternatively, when the media sharing protocol does not support unicast responses to the multicast query, control proceeds to step **720**.

An example of a network-based media sharing protocol that supports unicast responses to multicast queries is DLNA®. DLNA® employs Universal Plug and Play (UPnP) for media management, discovery and control. Universal plug and play (UPnP) capable guest devices send discovery messages to the multicast address 239.255.255.250 on port **1900** via the User Datagram Protocol (UDP) protocol. Because other UPnP devices are required to reply to these discovery messages with a unicast response, when the discovery helper **300** of gateway **210** receives a multicast UPnP discovery message from the guest device on this port and multicast address, control proceeds to step **718**.

An example of a network-based media sharing protocol that does not support unicast responses to multicast queries is AirPlay®. AirPlay® employs mDNS for discovery. AirPlay® capable guest devices send discovery queries to the multicast address 224.0.0.251 on port **5353** via the UDP protocol. Because responses to the mDNS discovery query are generally required (with some exceptions) to be a multicast UDP response also to multicast address 224.0.0.251 on port **5353**, when the mDNS **502** of media proxy **212** receives an mDNS discovery message from the guest device on this port and multicast address, control proceeds to step **720**.

At step **718**, the discovery helper **300** searches the in-room media device table **236** to determine whether any of the media devices in the subset for this guest device (determined at step **704**) supports the same media sharing protocol. For example, when the incoming discovery query is for the DLNA® media sharing protocol, the discovery helper **300** checks whether the guest room associated with the guest device includes at least one DLNA® compatible media device. When yes, control proceeds to step **722**; otherwise, control proceeds to step **720**.

At step **720**, the media proxy **212** sends a multicast or unicast reply to the guest device announcing the availability of the media server **500** as a compatible media device on hotel LAN **112**. For protocols that require a multicast reply such as mDNS, all guest devices **118**, **120** on hotel LAN **112** receive the multicast reply and are made aware that the media server **500** is available to use the supported media sharing protocol. For protocols that accept or require a unicast reply such as UPnP, only the particular guest device that sent the original multicast query received at step **714** will receive the reply. Multicast replies may be sent by the mDNS **502** when replying to an mDNS query received from the guest device. When the media proxy **212** is also going to support other protocols that don't utilize mDNS, the media proxy **212** may further include one or more additional modules (not shown) to send either unicast or multicast replies according to the other protocols. For example, another discovery helper module (not shown) may be included within media proxy **212** to send unicast or multicast replies to the guest device on behalf of the media server **500**. Alternatively, media server **500** itself may listen for multicast queries and send a unicast or multicast reply providing its own IP address.

At step **722**, the discovery helper **300** of gateway **210** sends a unicast reply to the guest device on behalf of each of the compatible media devices in the subset associated with the guest device. Each unicast reply provides the guest device with the IP address of one (or more) of the compatible media devices. In this way, the discovery helper **300** facilitates the guest device to discover the IP addresses of the compatible in-room media devices within its subset without spamming all media devices in the hotel (such as media devices in other room) with the multicast discovery message from the guest device. This is beneficial to reduce unnecessary network traffic and prevent each media device from hearing multicast messages from guest devices that are not authorized to stream media to that media device.

The discovery helper **300** may also send a notification (e.g., a "heads-up" message) to the compatible in-room media devices after unicast replying to the guest device on behalf of these devices. The purpose of the heads-up message is to alert these media devices so they are ready to receive future unicast communications directly from the guest device. Some protocols may require this due to the media device not actually receiving the initial discovery request.

Steps **724**, **726**, **728**, **730**, **732** of FIG. **8** generally correspond to steps **714**, **716**, **718**, **720**, **722** of FIG. **7**, except that now the multicast network traffic is received from a media device **121**, **122**, **123**, **124** at the hotel that is within the authorized subset for the guest device. In steps **730** and **732**, the response is sent back to the media device. Handling multicast network traffic from hotel media devices as is done in steps **724**, **726**, **728**, **730**, **732** is beneficial to facilitate discovery and allow media sharing to flow in the opposite direction. For example, rather than a guest device being utilized to stream personal vacation videos to the in-room TV, a guest may instead utilize the in-room STB (or another type of in-room media device) to stream video-on-demand (VOD) or other hotel content to the guest device, which acts as the output device. This might allow a guest to continue watching a movie on their guest device while in restaurant or pool area of the hotel. In another example, several guest devices may be associated with a single conference room and a conference presenter may utilize a media device within the room to share a presentation with all guest devices. Only in-room media devices within the authorized subset for a guest device (determined at step **704**) will be able to share content with the guest device in this manner. If such functionality is not desired, steps **724**, **726**, **728**, **730**, **732** may be removed and multicast discovery queries from the hotel media devices **121**, **122**, **123**, **124** may be dropped by the system controller **102** (i.e., not passed from VLAN-media **116** to VLAN-guest **114**).

At step **734**, the system controller **102** determines whether the media sharing feature between the guest device and the in-room media devices in its authorized subset should be deactivated.

FIG. **10** illustrates an example of the guest access table **240**. In this example, the guest access table **240** is provided by a property management system (PMS) handling the room assignment at the hotel **101**. A room number column **1000** indicates a particular guest area in the hotel, a client identifier (ID) column **1002** indicates a serial number of the guest staying in that room utilized to cross reference with column **400** of the gateway rules **232** and column **602** of the proxy rules **320**, a name column **1004** indicates the name of the current guest, a check-out time column **1006** indicates the scheduled expiry time of the guest's stay in the room, and a guest identifier (ID) column **1008** indicates an identifier of the current guest such as the loyalty program membership

US 9,781,172 B2

25                                                            26

identifier used by the guest at the hotel **101**. Vacant rooms have a dash ("-") stored in the above columns in this example.

Returning to the description of step **734**, in an exemplary embodiment the expiry manager **218** searches the guest access table **240** to determine whether the check-out time (column **1006**) has been reached for a particular client ID (column **1000**). When yes, control proceeds to steps **736**; otherwise, control returns to step **714**. In some implementations, an interrupt is produced when a client's expiry time is reached in column **1004** (or another event occurs such as an earlier check-out message received from the PMS) to cause control to automatically proceed to step **736**.

At step **736**, the expiry manager **218** updates the proxy rules **234** to deactivate media proxying for the guest device. This is done by the expiry manager **218** deleting rows of the proxy rules **234** having the same client ID in column **602** as the now expired client ID from column **1002** of FIG. **10** (determined at step **734**). The expiry manager **218** further causes the media proxy to terminate all connections and other streams that are related to this guest device. For example, if guest device **118** was currently utilizing the media proxy to stream media content to TV **121**, the stream is terminated at this step.

At step **738**, the expiry manager **218** updates the gateway rules **232** to deactivate the communication feature between the guest device and the in-room media devices in the subset associated with the guest device. This may be done by the expiry manager **218** deleting the inter-VLAN rule set having the same client ID in column **400** as the expired client ID from column **1002** of FIG. **10** (as determined at step **734**). For example, when client ID "1" is determined to have expired at step **406**, the expiry manager **218** deletes all the gateway rules **232** having client ID "1" in column **400** of the gateway rules **232**, which includes all the rules indicated as rule set **418** in the example of FIG. **4**.

At step **740**, the media device controller **222** resets the in-room media devices in the subset associated with the now expired guest device back to their default states. This is done by sending a reset command via the computer network **112** to reset these media devices, for example, resetting the in-room media devices **121**, **122**, **123** of room **101** after the guest of room **101** has checked out. The purpose of this step is to ensure that if the media device(s) was/were actively streaming content (or performing other network-based media functions) under the control of the now expired guest device at the time the communication feature was disabled at step **408**, that it/they will not continually try to reconnect with the now inaccessible guest device. The media devices are instead reset back to a clean state ready for the next guest.

Other embodiments of the above described system **100** are also possible. For example, in another embodiment the gateway **210** is pre-configured to pass all broadcast/multicast traffic between VLAN-guest **114** and VLAN-media **116**. Although the unrestricted passing of broadcast/multicast traffic does open up a security risk in that it is possible for the first guest device **118**, for example, to communicate utilizing broadcast/multicast network traffic with any media device in the hotel (including media devices in other rooms such as TV **124**), the risk is minimal if the media devices are known in advance to always require unicast communication to support the network-based media functions such as media content streaming.

In these embodiments, to stream media content, guest device **118** first queries the LAN **112** for a compatible streaming device by transmitting a broadcast/multicast user datagram protocol (UDP) message such as an mDNS query message. The gateway **210** receives the query on VLAN-guest **114** and passes it to VLAN-media **116**. After the gateway **210** passes the query to VLAN-media **116**, all compatible TVs in the hotel receive the message and attempt to reply with either unicast or broadcast/multicast replies providing their assigned IP addresses on hotel LAN **112**. The previously described gateway rules **232** prevent all but the in-room media devices in room **101** from successfully replying to the first guest device **118** utilizing unicast communications from VLAN-media **116** to VLAN-guest **114**.

In the event that one or more media devices in the hotel reply using a broadcast/multicast message (e.g., an mDNS reply), the gateway **210** will pass the reply from VLAN-media **116** to VLAN-guest **114**. As a result, guest device **118** receives the reply. However, when guest device **118** thereafter attempts to open a unicast transmission control protocol (TCP) connection with that media device to finalize the discovery process and/or begin streaming media content, the inter-VLAN communication rule set **418** will only allow the unicast connection if the destination device is one of the in-room media devices **121**, **122**, **123** in room **101**. The default rule **430** blocks all other unicast communication attempts. In this way, guest device **118** can only establish unicast communications with the subset of in-room media devices **121**, **122**, **123** in room **101** even though it may discover other media devices in the hotel (e.g., discover TV **124** by sending/receiving broadcast/multicast traffic to/from TV **124**). This embodiment may be useful when it is known in advance that the in-room media devices within the hospitality establishment will not play media or take any other actions that might disturb the media experience of the current guest of the room as a result of receiving only broadcast/unicast network traffic.

In other embodiments, by default gateway **210** blocks all multicast messages from VLAN-media **116** from passing to VLAN-guest **114**. When a particular guest device makes a multicast query for compatible media devices on LAN **112**, gateway **210** passes the multicast query to VLAN-media **116** and then for a limited time allows multicast replies from only the media devices in the authorized subset for that particular guest device. For example, after guest device **118** makes an mDNS query for AirPlay® compatible devices on LAN **112**, the gateway **210** for a limited time passes multicast replies from the subset of in-room media devices **121**, **122**, **123** in room **101** from VLAN-media **116** to VLAN-guest **114**. Multicast replies from other in-room media devices in other rooms (e.g., TV **124** in room **105**) continue to be blocked by gateway **210**. After a sufficient time duration (e.g., 1 minute), gateway **210** will again block all multicast messages from VLAN-media **116** from passing to VLAN-guest **114**. This allows guest device **118** to discover only its authorized subset of the media devices at the hotel.

Although all guest devices **118**, **120** at the hotel will receive the multicast replies from in-room media devices **121**, **122**, **123** in the above example, typically only guest device **118** will be actively searching for media devices at the time these responses are sent. Short time-to-live (TTL) values in the multicast replies can be utilized help prevent caching at unauthorized guest devices (e.g., caching of replies from media device **121**, **122**, **123** in room **101** at guest device **120** associated with room **105**). Additionally, the names of the in-room media devices **121**, **122**, **123**, **124** can be configured to include the room number to help

US 9,781,172 B2

27

prevent guest confusion in the event that two guest devices **118**, **120** at the hotel simultaneously search for media devices.

As described above, the activation of the in-room media sharing feature for a guest device at step **700** of FIG. **7** depends upon the particular trigger event. Examples of event occurrences which may trigger the process of FIG. **7** in include the following:

Event Occurrence Example 1: Start-Time Reached
for Reservation Having a Registered Guest Device

FIG. **11** illustrates a flowchart showing steps taken by the reservation manager **216** when starting the process of FIG. **7** in response to reaching the start-time of a reservation having a registered guest device. The steps of the flowchart in FIG. **11** are not restricted to the exact order shown, and, in other embodiments, shown steps may be omitted or other intermediate steps added. In this embodiment, the processors **204** execute the reservation manager module **216** in order to cause the system controller **102** to perform the illustrated steps.

At step **1100**, the process begins when the start time of a reservation having a registered guest device is reached.

FIG. **12** shows an example of a UI screen **800** for inputting information into the reservation table **242** according to an exemplary embodiment. A guest making a hotel reservation, either an event reservation as shown in FIG. **12** or an individual guest room reservation in another example, can register specific guest devices such as a mobile phone **1240** and tablet computer **1242**. Column **1234** allows the guest making the reservation to indicate that in-room media sharing from these registered devices **1240**, **1242** is to be automatically enabled. The reservation manager **216** monitors the current time as tracked by the clock unit **206** in order to determine when the start time **1206** of the reservation **1200** is reached. When the start time **1206** is reached, the process of FIG. **11** begins at step **1100**.

At step **1102**, the reservation manager **216** loads the location(s) **1210** of the reservation from the reservation table **242**. For example, in the event reservation of FIG. **7**, the location **1210** of the event is the "Meeting room A", "Meeting room B", and "Guest room **101**". Although meeting and guest room locations are utilized in this event, other types of guest areas may be applicable in other embodiments. For example, the location(s) **1210** loaded from the reservation **1200** at this step may correspond to any guest areas such as meeting rooms, guest rooms, seat numbers, media device locations, etc. at the hospitality establishment. The location **1210** may also be automatically assigned by the reservation manager **216** when the start time **1206** is reached rather than being specified in advance. The selected subset of the hotel's media devices for which these registered guest devices are to be enabled to share media are all the in-room media devices associated with location **1210**.

At step **1104**, the reservation manager **216** loads the MAC addresses of the registered guest devices **1240**, **1242** from column **1230** of the reservation **800** by the event organizer when they setup the event reservation. Alternatively, these values may be added or changed by the event organizer at any time during the event.

At step **1106**, the reservation manager **216** determines the expiry time for the communication feature for the registered devices **1240**, **1242**. The registration manager **216** automatically activates sharing with the in-room media devices for

28

the duration of the reservation **1200**. The expiry time determined at step **1106** corresponds to the end time **1208**.

Event Occurrence Example 2: A Registered Guest
is Authenticated During the Login Process from a
Particular Guest Device

FIG. **13** illustrates a flowchart showing steps taken by the login portal **214** when starting the process of FIG. **7** upon a registered guest logging in (e.g., signing up) at the hotel's web-based login portal. The steps of the flowchart in FIG. **13** are not restricted to the exact order shown, and, in other embodiments, shown steps may be omitted or other intermediate steps added. In this embodiment, the processors **204** execute the login portal **214** in order to cause the system controller **102** to perform the illustrated steps.

At step **1300**, the process to activate the communication feature for a guest device begins when the guest device is utilized by a guest at the hotel to log in or sign up for services at the webserver provided by the login portal **214**. As previously described, either a web browser or other predetermined application running on the guest device may interact with the login portal **214** over the hotel LAN **112**.

At step **1302**, the login portal **214** determines the room number (or other guest area identifier) associated with the guest device. In one example, during the login process the guest is required to enter personal details such as their last name and room number. From this information, the login portal **214** queries the hotel's property management system (PMS) or another room assignment database (see example of guest access table **240** in FIG. **10**) to verify the guest's identify and confirm the guest is registered for the specified guest room. In another configuration, the login portal **214** may determine the source room number of the guest device by tracing network traffic received from the guest device back to a source access-node such as a particular switch port on the LAN **112**, which is mapped to a particular guest room according to a network map. This embodiment is particularly advantageous when the guest device is connected to LAN **112** via a wired connection. The selected subset of the hotel's media devices for which the guest device is to be enabled to share media are all the in-room media devices associated with determined room number.

At step **1304**, the login portal **214** determines the MAC or IP address of the guest device by examining the headers of the network traffic received from the guest device.

At step **1306**, the login portal **214** determines the expiry time for the communication feature for the guest device. In some embodiments, each registered guest may have the communication feature activated for a predetermined time duration such as one day. The time duration may also be cut off earlier such as when the guest checks out of the hotel. Alternatively, the expiry time may correspond to the guest's scheduled check-out time for the room as specified in column **1006** of FIG. **6**. In other embodiments, the guest may purchase an amount of streaming time or an amount of data and the expiry will cut off when the paid for time or data amount is reached. The expiry time may also correspond to the end time **1206** of the guest's reservation and be determined similar as previously described for step **1106**.

Event Occurrence Example 3: Network Traffic from
an Unrecognized Guest Device is Detected on
Hotel LAN **112**

FIG. **14** illustrates a flowchart showing steps taken by the login portal **214** when starting the process of FIG. **7** upon

US 9,781,172 B2

29                                                    30

detecting network traffic from an unrecognized guest device on the hotel LAN **112**. The steps of the flowchart in FIG. **14** are not restricted to the exact order shown, and, in other embodiments, shown steps may be omitted or other intermediate steps added. In this embodiment, the processors **204** execute the login portal **214** and the reservation manager **216** in order to cause the system controller **102** to perform the illustrated steps.

At step **1400**, the process begins by receiving network traffic from an unrecognized guest device. The unrecognized guest device from which the network traffic is received at this step is considered unrecognized because it has not already been authorized for in-room sharing or communication with one or more in-room media devices. In a preferred embodiment, the network traffic includes DHCP requests that are broadcast by new guest devices as they are first coupled to the hotel LAN **112**, for example, DHCP discover/offer/request/acknowledgement etc.

At step **1402**, the reservation manger **216** queries the reservation table **242** to determine whether the MAC address of the unrecognized guest device included in the received network traffic corresponds to a registered device for which the stream enable setting **834** has been selected in a current reservation at the hotel. The field "CHADDR" (Client Hardware Address) in the DHCP message indicates the MAC address of the newly connected guest device. A current reservation is one that has reached its start time **1206** but not yet reached its end time **1208**.

At step **1404**, when the MAC address does correspond to a registered device for which stream enable **1234** has been selected in a current reservation at the hotel, the reservation details are retrieved and control proceeds to step **1416**; otherwise, control proceeds to step **1406**.

At step **1406**, the login portal **214** queries a user profile server **170** to determine whether the user profile database **172** stored therein includes a user identifier (ID) that is associated with the MAC address of the unrecognized guest device. As shown in FIG. **1**, the user profile database **172** in this embodiment is remote to the hotel and stored at a central user profile server **170**. Therefore, this step may be performed by the processors **204** sending and receiving network packets to/from the user profile server **170** via the network interface **200** and the Internet **104**.

FIG. **15** illustrates a user interface (UI) screen **1500** provided by the user profile server **170** allowing a specific user to modify their information in the user profile database **172**. Each user may have any number of guest devices associated with their user profile account. Device names are listed in column **1502** with each user device's corresponding device identifier (e.g., MAC address) shown in column **1504**. These fields are editable by the user, and the user may add new user devices or remove user devices to their user profile at any time.

The UI screen **1500** further allows each user to modify the user identifiers associated with their account. As shown in FIG. **15**, the user identifiers associated with the account in this example are all the various loyalty program membership numbers utilized by the user at different hospitality establishments. Each hospitality establishment is listed in column **1510** with the user's corresponding loyalty program member identifier and user type listed in columns **1512** and **1514**, respectively. In some embodiments, the user may be able to freely adjust the loyalty numbers in column **1512**, but may need to perform an upgrade process by clicking an "upgrade" button **1520** in order to upgrade to higher user

type at a particular hospitality establishment in column **1514**. The upgrade process may involve a monetary payment.

The user profile database **172** associates each of a plurality of different user identifiers (IDs) in column **1512** with one or more device identifiers (e.g., MAC addresses in this embodiment) in column **1504**. A collection of different user IDs may be associated with multiple MAC addresses such as when a single user has various loyalty program member identifiers at different hospitality establishments and owns multiple guest devices. For example, the exemplary user in FIG. **15** belongs to five different hospitality loyalty programs and has three MAC addresses corresponding to three different guest devices (i.e., laptop computer, mobile phone, and tablet computer). Additionally, a single MAC address may be associated with multiple user IDs, for example, the MAC address of the laptop computer may also be associated with other user profile accounts such as when multiple users share a corporate loaner laptop provided as needed to different employees for travel.

In some embodiments, each hospitality establishment has a unique site identifier (column **1510** of FIG. **15**) and this site identifier may be utilized by the login portal **214** at that hospitality establishment when querying the user profile database **172** in order to obtain the loyalty program member identifier associated with the MAC address at the specific hospitality establishment where the MAC address was detected.

For example, when the user is staying at the "Galactic Hotel (4)", the MAC address of the user's laptop ("20-B0-D0-86-BB-F9") is determined to be associated with user identifier "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". Alternatively, when the user is staying at the "Beaches Resort (135)", the same MAC address of the user's laptop ("20-B0-D0-86-BB-F9") is determined to be associated with a different user identifier "5E3DA7". The user may thereby travel to different hospitality establishments having different types of the loyalty program member identifiers, and the user's various guest devices can still be correlated to the user's respective user identifier as employed at each of the different hospitality establishments.

At step **1408**, when the received MAC address is not associated with any user identifiers (IDs) in the user profile database **172**, control proceeds to step **1410**. Otherwise, when the received MAC address is associated with one or more user identifiers (IDs) in the user profile database **172**, the particular user identifiers (IDs) are retrieved from the user profile database **172** and control proceeds to step **1412**.

At step **1410**, because the MAC address is not registered in a current reservation and/or is not correlated to a known guest of the hotel, the login portal **214** utilizes another method of identifying a guest area associated with the unrecognized guest device such as automatic room detection by tracing network traffic or having the guest input their room number during a sign-up procedure at the login portal **214**, for example. The guest may also be required to input their name and/or a loyalty program, which identifies the guest and allows the associated guest room to be determined.

At step **1412**, the login portal **214** queries the guest access table **240** (e.g., PMS database) to determine whether a current guest of the hospitality establishment is associated with any of the particular user identifiers (IDs) found associated with the detected MAC address.

In a preferred embodiment, the user identifiers (IDs) stored in column **1512** of FIG. **15** and the guest identifiers in column **1008** of FIG. **10** are loyalty program member identifiers utilized by the user. A unique user ID is assigned

US 9,781,172 B2

31                                                                32

to each guest participating in the hotel's loyalty program such by issuing the guest with a membership card having the user identifier printed thereon. When a guest makes a reservation or when checking into the hotel, the guest provides the hotel with the user's personal user identifier (e.g., loyalty program member identifier), which is thereafter stored in column **1008** of the guest access table **240** as the guest identifier currently associated with the assigned room. Discounts, points and/or other benefits may be offered to loyalty program members to encourage guests to register their loyalty numbers upon reservation and/or check-in at the hotel.

At step **1414**, when a current guest of the hotel is associated with one of the particular user identifiers, control proceeds to step **1416** to continue the process. Otherwise, when no current guest of the hotel is associated with any of the particular user identifiers determined at step **1406**, the users associated with these user identifiers (IDs) are not current guests of the hotel. Therefore, control returns to step **1410** to attempt to utilize another method of identifying a guest area associated with the unrecognized guest device.

At step **1416**, the unrecognized guest device is automatically determined to be associated with the guest area found registered to the guest of the hotel at step **1414**. Assuming the guest is the exemplary user of FIG. **11** and the hotel is the "Galactic Hotel (4)", the MAC address "20-B0-D0-86-BB-F9" of an unrecognized laptop will be found associated with guest identifier "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" in the user profile database **172**. Therefore, the login portal **214** determines the unrecognized laptop computer to be associated with guest room "**117**" because this is the guest area associated with guest identifier "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" in the guest access table **240** (see column **1008** in FIG. **10**). The selected subset of the hotel's media devices for which the guest device is to be enabled to share media are all the in-room media devices associated with determined room number.

Event Occurrence Example 4: A Location-Specific Passkey is Received from a Guest Device

FIG. **16** illustrates a flowchart showing steps taken by the login portal **214** when starting the process of FIG. **7** upon receiving a location-specific passkey from a guest device on the hotel LAN **112**. The steps of the flowchart in FIG. **16** are not restricted to the exact order shown, and, in other embodiments, shown steps may be omitted or other intermediate steps added. In this embodiment, the processors **204** execute the login portal **214** in order to cause the system controller **102** to perform the illustrated steps.

At step **1600**, the process to activate the communication feature for a guest device begins when a passkey is received from a guest device over the computer network **112**.

FIG. **17** shows an example of a UI screen **1700** generated by the media device controller **222** and displayed on the first in-room TV **121** in guest room **101**. The same or similar UI screen **1700** may also be displayed by the other media devices **122, 123** of the first guest room **101**. UI screen **1700** provides a unique passkey (displayed as connect code **1704** in FIG. **17**) for the user to send back to the login portal **214** in order to associate their personal guest device **118** with room **101**. The unique passkey may also be displayed in a scannable format **1702** such as a QR Code® (QR Code is registered trademark of DENSO WAVE INCORPORATED), which is easily scanned by a web cam or other scanning mechanism provided on the guest's device **118**.

This saves the user from having to type in the connect code **1704** before their guest device sends it to the login portal **214**.

FIG. **18** shows an example of the passkey-to-room table **238**. This table **238** is utilized by the login portal **214** and the media device controller **222** to associate guest devices **118, 120** with particular guest areas (e.g., guest room **101, 105**) and/or particular media devices **121, 122, 123, 124** without requiring the hotel to have advance knowledge of the user or the guest device **118, 120**.

The passkeys in column **1800** are linked to currently registered rooms in column **1802**. Upon arrival in the room, the user may select a "Share media with this TV" menu option using the TV remote control. This will cause the TV to display UI screen **1700** (see FIG. **17**), and the unique passkey stored in column **1802** for the room is displayed (e.g., by TV **121**) as the scannable connect code **1702** and the numerical connect code **1704** for that room. The room's unique passkey stored in column **1800** may be randomly changed by the media device controller **222** in response to the room check-out time being reached or other events such as expiry of user access. In this way, each new guest in the room **101** will see different connect codes **1702, 1704** displayed on UI screen **1700**.

FIG. **19** shows two examples of UI screens **1900, 1920** generated by the login portal **214** and displayed in a web browser or predetermined application of guest device **118** to allow the user of guest device **118** to enable in-room media content streaming according to an exemplary embodiment.

Before media sharing is activated for the guest device, a guest in room **101** reads the instructions displayed by UI screen **1700** (FIG. **17**) on the in-room TV **121**. The guest then utilizes their guest device **118** to connect to the hotel's login portal **214**. For example, the guest may wirelessly associate their guest device **118** to AP **130** and then be automatically redirected or forwarded to the URL/IP address of the login portal **214** using any suitable redirection technique. Alternatively, the user may manually navigate to a specified URL (e.g., "https://stream.hotel.example.com") or IP address, or open a predetermined application on guest device **118** that connects to the login portal **214** at the hotel automatically.

Once connected to the login portal **214**, the web browser or other predetermined application running on guest device **118** displays UI screen **1900** (top screen of FIG. **19**), and the user types the connect code **1704** displayed by TV **121** into field **1902** (or scans connect code **1702** using a web cam or other scanner on guest device **118**). Once the connect code is entered, the user presses the submit button **1904**.

The entered passkey is then sent to the login portal **214** via the hotel's LAN **112**, and the process of FIG. **16** begins at step **1600**.

At step **1602**, the login portal **214** determines the room number or other guest area of the hotel that is associated with the received passkey. This is done by the login portal **214** searching passkey-to-room table **238** to find the room or rooms of the hotel in column **1802** that are associated with the received passkey. The selected subset of the hotel's media devices for which the guest device is to be enabled to share media are all the in-room media devices associated with determined room number.

In other embodiments, the received passkey is a media-device-specific passkey that is displayed by the media device controller **222** on a display device associated with a particular media device. A table similar to that shown in FIG. **18** is stored to associate unique passkeys to each media device. A guest can thereby walk up to any particular media

US 9,781,172 B2

33                                                                      34

device at a hospitality establishment, use their guest device to send the passkey displayed by the media device to the login portal **214**, and thereby have the communication feature and/or media sharing feature activated between their guest device and the media device so that they can stream content to or perform other network-based functions with the media device. In these embodiments, the selected subset of the hotel's media devices for which the guest device is to be enabled to share media is the media device(s) that is (are) associated with the received passkey.

At step **1604**, the login portal **214** determines the MAC or IP address of the guest device by examining the headers of the network traffic received from the guest device.

At step **1606**, the login portal **214** determines the expiry time for the communication feature for the guest device. In some embodiments, the expiry time may be determined according to the room type associated with the received passkey. For example, a presidential suite may be receive a longer period of time before expiry than a basic room. In other embodiments, a payment may also be received or added to the guest's or room's folio as a part of the process performed by the user at the login portal **214**. The expiry time may also correspond to the end time **1208** of the room's reservation **1200**.

After the media sharing feature has been enabled by the login portal **214** in response to receiving exemplary connect code "123456" from guest device **118**, the user sees UI screen **1920** (bottom screen of FIG. **19**). UI screen **1920** indicates to the user that their personal guest device **118** is now cleared for communication with all of the in-room media devices **121**, **122**, **123** associated with room **101**. The time remaining indicates when the expiry manager will deactivate the sharing ability. If the user presses the disconnect button **1922**, the login portal **214** will delete the inter-VLAN rule set **418** immediately and also delete any corresponding proxy rules **234**. The disconnect button **1922** may be useful when the user is charged per unit time for streaming to allow the user to stop the charges accumulating when streaming is no longer needed.

In this example, because only the registered guest of room **101** (or their friends etc.) can enter room **101** to see the displayed connect code **1702**, **1704**, upon receipt of the passkey for room **101** from a guest device **118**, the login portal **214** knows guest device **118** is being utilized by an authorized guest of room **101**.

However, physical security of guest areas is not a requirement and in other embodiments one or more media devices such as TVs may be located in a public guest area of the hotel such as the lobby or a shopping area. The media device controller **222** associates a unique passkey with each public TV and causes the unique passkey to be displayed on its respective TV as a connect code. Any user may thereafter have their personal guest device cleared for communication with that TV by having their personal guest device to send the displayed connect code back to the login portal **214**. This may be useful to allow current and former guests waiting in the hotel lobby to stream personal content on a larger screen available for guest usage in the lobby, for example. A similar benefit is also available in other public locations such as waiting areas in airports, bus terminals, shopping centers, etc.

In yet other embodiments, the passkey displayed to the user on the media device further specifies the hospitality establishment in addition to a particular guest area (or media devices) at that hospitality establishment. For example, FIG. **21** shows an example of a central-passkey-to-location table utilized to associate guest devices with particular guest areas and/or particular media devices at one of a plurality of different hospitality establishments according to an exemplary embodiment. This embodiment is beneficial to allow the six hexadecimal digit passkey entered by the guest on their guest device **118**, **120** to be sent back to a central login portal **180** via the Internet **104**. The guest device **118**, **120** is therefore not required to be connected to the hotel LAN **112** and may instead connect to the Internet via another network such as a wireless 3G/4G cell phone provider network (not shown) offered by a telecom provider within range of the hospitality establishment. Because the central login portal **180** is accessible with a public IP address on the Internet **104**, a guest device can therefore access the central login portal **180** via any network connected to the Internet **104**.

A method of correlating a guest device to a destination according to an exemplary embodiment includes generating a passkey that uniquely identifies both a particular hospitality establishment selected from a plurality of different hospitality establishments and a location or media device within the particular hospitality establishment. The passkey generation may be performed at either the central login portal **180**, the local login portal **214**, or a combination of both. The method further includes displaying the passkey to a guest utilizing a media device at the particular hospitality establishment, and then receiving the passkey from a guest device at a central location via the Internet. For instance, the passkey can be displayed on an in-room TV similar to that illustrated in FIG. **17** and then received from the guest's devices after manual input by the user or after taking a picture of the code by the guest device. The method further includes determining the particular hospitality establishment according to the passkey received from the guest device (e.g., by matching the first two digits specifying the hotel location in a table such as illustrated in FIG. **21**) and associating the guest device with a particular one or more media devices at the particular hospitality establishment according to the passkey (e.g., by matching the remaining four digits specifying the hotel room in a table such as illustrated in FIG. **21**).

When utilizing the central login portal **180** of FIG. **21**, the flowchart of FIG. **16** can be modified as follows: at step **1602**, the central login portal **180** receives a six digit passkey from a guest device over the Internet **104** and determines the hospitality establishment associated with the guest device by looking for a match of the first two digits of the received passkey in the hotel locator column of FIG. **21**. Once the hospitality establishment is identified using the first two digits, the central login portal **180** sends details of the guest device **118**, **120** to the system controller **102** (i.e. the local login portal **214** running within the system controller **102**) at the proper hospitality establishment via the Internet **104**. The room number or other guest area of the hotel that is associated with the received passkey is then identified by the local login portal **214** matching the remaining four digits of the received passkey in a similar manner to as described above for FIG. **18**. At step **1604**, details of the guest device such as its IP address or other guest identifier may be specified in a message to the local login portal **214** from the central login portal **180**. As a result, the guest device is correlated to a particular guest area such as a hotel room or a particular media device such as a lobby TV at a specific hospitality establishment.

The guest device may thereafter send commands to the central login portal **180** to control the associated media devices, retrieve status information from the associated media devices, and/or share media content with the associated media devices at that specific hospitality establishment.

US 9,781,172 B2

35

36

The central login portal **180** may act as a proxy and pass network traffic between the guest device and the system controller **102** at the specific hospitality establishment, or may simply inform the guest device of the public IP address of the system controller **102** at the specific hospitality establishment in order to hand-off communications and enable the guest device and the system controller **102** to directly communicate with each other.

Returning again to the description of FIG. **1**, in some embodiments, the gateway **210** will only pass or take action (e.g., reply to) a multicast/broadcast message from an authorized guest device that has already been authorized to communicate with at least one in-room media device at the hotel.

In an exemplary embodiment, the gateway rules **232** allow both unicast and broadcast/multicast traffic to be transmitted between guest device **118** and the media devices **121**, **122**, **123**. For example, taking rule set **418** in FIG. **4** as an example, when the source IP address is "192.168.0.23", broadcast/multicast traffic from this IP address is forwarded by the gateway **210** to the switch ports that are connected to the any of the destination IP address of the in-room media devices **121**, **122**, **123** in column **408** for rule set **418**, i.e., switch ports connected to "10.0.0.140", "10.0.0.141", and "10.0.0.142". Broadcast traffic in the other direction from these media device IP addresses will also be passed to the switch port and/or AP to which guest device **118** is connected (i.e., the ports of switch **132** connected to IP address "192.168.0.23" and/or the AP **130** to which guest device **118** is wirelessly connected).

In some embodiments, the system controller **102** dynamically configures the gateway/firewall **110** to activate and deactivate port isolation to allow broadcast traffic to pass in the desired manner according to the gateway rules **232**. Modification of access control lists (ACLs) may be utilized for this purpose. In other embodiments, the system controller **110** receives all broadcast traffic on the hotel LAN and then forwards it or rebroadcast it to specific destinations according to the gateway rules **232** and/or another list of inter-VLAN connections. In some embodiments, the decrypt/convert/re-encrypt module **504** converts broadcast traffic received from a guest or media device into broadcast or unicast traffic to be delivered to other destinations such as that are designated as supporting different protocols in the in-room device table **236**.

In some embodiments, the media proxy **212** pretends to be a media device **121**, **122**, **123**, **124** when communicating with a guest device **118**, **120** and likewise pretends to be a guest device **118**, **120** when communicating with an in-room media device **121**, **122**, **123**, **124**. This may be done by the media proxy **316** spoofing the address (IP, MAC, URL, etc.) of the device that it is pretending to be. Alternatively, the media proxy **316** may utilize a different network address but will reply on behalf of the device it is pretending to be. The decrypt/convert/encrypt module **504** converts the received network traffic into the appropriate format, makes any necessary source/target address modifications, and then transmits the converted network traffic to the appropriate destination device. By the media proxy **212** operating as an intermediary, a guest device **118**, **120** and its authorized media devices **121**, **122**, **123**, **124** are enabled to share media content with each over the hotel's computer network (e.g., LAN **112**).

Taking an example where guest device **120** is an Air-Play®-compatible device, the media proxy **212** may act as an AirPlay® streaming destination so that guest device **120** detects a compatible AirPlay® streaming destination at the hotel and allows guest device **120** to begin streaming content utilizing the AirPlay® protocol to the media proxy **212**. The media proxy **212** then buffers that streamed content and simultaneously begins to stream the buffered content to TV **124** in room **105** utilizing the AllShare® protocol. In this way, the media proxy **212** acts as an AllShare®-compatible streaming device to TV **124**. Guest device **120** is thus enabled to stream content to TV **124** in room **105** even though guest device **120** utilizes a different streaming protocol than the room's TV **124**. A similar conversion technique may also be applied by the media proxy **212** to convert between other incompatible protocols.

FIG. **20** illustrates a flowchart describing actions performed by the media proxy **212** to dynamically enable a guest device supporting a network-based media sharing protocol to share media content over a computer network with a subset of the media devices connected to the computer network according to an exemplary embodiment. The steps of the flowchart in FIG. **20** are not restricted to the exact order shown, and, in other embodiments, shown steps may be omitted or other intermediate steps added.

At step **2000**, the media proxy **212** acts as a streaming destination on VLAN-guest **114** and announces its availability to guest devices **118**, **120**.

At step **2002**, the media proxy **212** receives streaming traffic on VLAN-guest from a particular guest device **118**, **120**. In one embodiment, all guest devices **118**, **120** at the hotel may discover and share media content with the media proxy **212**. In an alternate embodiment, only authorized guest devices **118**, **120** which have logged in or otherwise been processed under step **700** according to a trigger event occurrence to activate in-room media sharing may share media content with media proxy **212**. The media proxy **212** may require a password from a guest device (e.g., a passkey currently associated with a room in column **1800** of FIG. **18**) before accepting a connection with the guest device.

At step **2004**, the media proxy **212** looks up the in-room media device(s) associated with the guest device from which the stream is being received. This is done by querying the proxy rules **234** to find the in-room media device(s) in column **604** that are associated with the guest device's MAC address in column **600**.

At step **2006**, the media proxy **212** checks to see whether the incoming stream is being received from an authorized guest device **118**, **120**. Unauthorized guest devices will either not be listed in the proxy rules **234** at all (IP address of guest device not listed on any row in column **600**) or will be listed but will have no associated in-room media devices listed in column **604**. In these situations, the guest device is deemed to be unauthorized and control proceeds to step **2008**; otherwise, when the guest device is listed and has at least one associated media device listed in column **604**, control proceeds to step **2010**.

At step **2008**, the media proxy **212** drops the incoming stream such as by redirecting to a null interface. In this way, the media proxy **212** by default does not reroute the incoming stream to any of the hotel's in-room media devices **121**, **122**, **123**, **124**.

At step **2010**, the media proxy **212** acts as a streaming source on VLAN-media **116** and connects to each of the associated media device(s) determined at step **2004**.

At step **2012**, the media proxy **212** compares the media sharing protocol of the incoming media stream from the guest device with the supported media sharing protocols of each associated media device found at step **2004**. This is done by checking column **904** of the in-room media device table **236** for each associated media device. When an asso-

US 9,781,172 B2

37                                                                                           38

ciated media device supports the same protocol, control proceeds to **2016** for that media device. Alternatively, when an associated media device does not support the same protocol, control proceeds to **2014** for that media device. When the guest device is associated with two or more media devices at step **2004**, step **2012** may branch in multiple directions simultaneously, for example, to both convert the stream as required for some media devices (branch to step **2012**) and to redirect the media stream for other media devices (branch to step **2014**).

At step **2014**, the media proxy **212** converts the incoming stream to a format supported by the associated media device. As previously described, this may be done by passing the stream to a decrypt/convert/re-encrypt module **504** to convert the stream into a format according to the requirements of the associated media device.

At step **2016**, the media proxy **212** causes the in-room media device controller **222** to send commands to various in-room media devices as required to play the stream. For example, the in-room TV may need to have its input switched from High-Definition Multimedia Interface (HDMI) port **1** to HDMI port **2**. This may be the case when the media proxy **212** is going to reroute the incoming media stream to an in-room AppleTV® device supporting the AirPlay®. The AppleTV® device is an in-room media device connected to the in-room TV using a particular HDMI port of the TV; therefore, in order to cause the TV to display the media (audio/video) outputted by the AppleTV®, the media device controller **222** causes the TV to switch to appropriate HDMI port.

At step **2018**, the media proxy **212** passes the media stream to the associated media device. The media stream will have been converted (at step **2014**) for associated media devices requiring different protocols. Alternatively, if conversion (at step **2014**) was not required, the media proxy **212** redirects the incoming media stream received at step **2002** to the associated media device.

In an exemplary embodiment, rather than converting between all possible network communication protocols, the media proxy **212** only converts between a limited number of streaming or other protocols that are desired by the hotel. A benefit of this embodiment is that the design of the media proxy **212** is simplified because it only needs to operate as an intermediary for certain network traffic, for example, only for traffic necessary to enable media content streaming in some embodiments. Likewise, instead of the gateway **210** allowing full communication between a guest device and a particular media device of the hotel, the gateway **210** may only allow certain types of communication such as required to stream media content. Other types of communication that are not necessary for streaming purposes may be actively prevented by the gateway **210** using any suitable packet filtering rules, for example. In another example, network traffic sent to other ports than the standard streaming ports may be blocked according to the application-specific streaming protocols that are supported at the hotel. This may be beneficial in some embodiments to prevent hacking attempts or other undesirable usage of the in-room media devices **121**, **122**, **123**, **124** by malicious guests.

In some embodiments, the gateway **210** and media proxy **212** of FIG. **1** are integrated together such as on a single computer server operating as the system controller **102** positioned between the Internet **102** and the hotel LAN **112**. The system controller **102** is set as the default gateway of the hospitality establishment's computer network **112**. In other embodiments, the gateway **212** and/or the media proxy **212** are implemented in a computer server positioned elsewhere

on the Internet **102** or the hotel LAN **112**. For example, existing stand-alone gateways supporting dynamic rules may be utilized in an embodiment and the discovery helper **300** of FIG. **3** may be implemented external to the stand-alone gateway.

Although the above exemplary embodiments have primarily focused on the guest device sharing media to in-room media devices of the hotel, sharing in the other direction may also be supported where the guest's device functions as a streaming destination and an in-room media device functions as a streaming source. For example, the STB and/or TV in the guest's registered room may act as streaming devices to send media content to the guest device for playback.

A benefit of the gateway **210** allowing unicast communication between a guest device and an in-room media device is that other protocols may also take advantage of the communication feature being active in addition to or instead of streaming protocols. For example, remote control functionality, remote access functionality, display mirroring, video output, music playback, and presentation output may also take advantage of the guest device being able to communicate with the media devices over the hotel's LAN **112**. Communication can be made possible between the guest device and the in-room media devices over the hotel's LAN **112** from any location within the hotel and it is not necessary that the guest device be physically connected to LAN **112** from the same location (e.g., guest room) at which the media devices are located. To alleviate problems with discovery protocols, the in-room media devices may be configured to display their unique IP (or MAC) address for users to manually configure their personal guest devices **118**, **120** for unicast communication. For example, the user could select a "what is this device's IP address?" menu selection on an in-room media device.

In an exemplary embodiment, the in-room media devices of each room may be placed on a room-specific VLAN, subnet, or other network segment and then guest devices associated with that room may be added to the room-specific VLAN, subnet, or network segment. For example, before login, an unauthorized guest device may be given DHCP-provided IP address with a short expiry time (5 minutes). Once the guest device is logged in and associated with a particular room of the hotel, the DHCP server **220** automatically assigns the guest device a new IP address on the same VLAN and/or subnet of the guest's room with a longer expiry time (e.g., 24 hours for VIP access or 4 hours for regular access). In this way, certain content streaming and other protocols that only work when devices are on the same VLAN/subnet will continue to function as intended.

FIG. **22** shows a block diagram of a media system **2200** including a plurality of central media devices **190** according to another exemplary embodiment of the invention. This embodiment is very similar to the previous embodiments described for FIG. **1** and many of the previously-described details of FIG. **1** are also applicable to FIG. **22** with only minor modification. One difference with FIG. **9** in comparison to FIG. **1** is that now one or more central media devices **190** supporting a network-based media sharing protocol is/are coupled to the hotel LAN **112** at a central location such as a server room. In this embodiment, a purpose of each of the central media devices **190** is to receive shared media content from guest devices **118**, **120** over the hotel LAN **112** utilizing a supported network-based media sharing protocol (e.g., DLNA®, AllShare® and/or AirPlay®) and to provide a media signal corresponding to the shared media on an output port of the media device **190** such as a high-definition multimedia interface (HDMI) output port. Similar to the

US 9,781,172 B2

39

40

previous embodiments, the computer network by default prevents all of the guest devices **118**, **120** from utilizing the network-based media sharing protocol to share media content with the central media devices **190**.

The manufacturer's intended purpose of the output port of each media device **190** is typically to be coupled to a television or other display device such as in a residential application. However, as shown in FIG. **22**, rather than coupling the output port (e.g. HDMI port) of each of the central media devices **190** directly to a single display device or STB, in this embodiment each of the media devices **190** has a corresponding encoder **192** coupled to its output port, and the encoders **192** are coupled to the hotel LAN **112**. Each encoder **192** re-encodes the media signal outputted by its partner media device **190** for transmission to a selected one or more in-room output devices **194**, **195**, **196**, **197**, which are located throughout the various hotel rooms **101**, **103**. In this way, the various output devices **194**, **195**, **196**, **197** located at different physical locations such as rooms **101** and **105** within a hotel are coupled to the output port of each the media devices **190** through the encoders **192** and LAN **112**.

In some embodiments, each encoder **192** transmits its encoded signal on the LAN **112** to a unique multicast group destination IP address, and the system controller **102** dynamically commands certain in-room output devices **194**, **195**, **196** to join a multicast group and receive the encoded stream according to which room is associated with the guest device **118**, **120** currently sharing media with an assigned media device **190**. For example, with reference to FIG. **22**, guest device **118** may share media content with an assigned central media device **190***a*, which has its output signal re-encoded by encoder **192***a* for transmission to a particular multicast destination IP address. The system controller **102** further commands the in-room media devices **194**, **195**, **196** in room **101** (associated with guest device **118**) to receive the encoded media signal at the multicast destination IP address and play it back to the guest.

Depending on the specific encoders **192** utilized, there may also be one or more signal converters (not shown) placed between the output port of a media device **190** and its corresponding encoder **192** if the two devices **190**, **192** do not support the same signal format. For example, some low-cost encoders **192** may not support HDCP (the copy protection of HDMI) and therefore an HDMI-to-component-video or HDMI-to-composite-video (i.e., digital to analog signal conversion) or another format converter may be provided intermediate to each media device **190** and its respective encoder **192**, as required. In this way, the output signal can be passed from the media device **190** to the encoder **192**. Furthermore, in other embodiments, rather than using encoders **192** and the hotel LAN **112** to couple the output ports of the media devices **190** to particular in-room output devices **194**, **195**, **196**, **197**, the various output ports of the central media devices may be selectively coupled to the in-room media devices **194**, **195**, **196**, **197** under control of the system controller **102** in other manners. For example, a matrix of HDMI hardware switches or other cabling techniques may be implemented with automated switching under control of the system controller **102**.

A use-case scenario of the system of FIG. **22** according to an exemplary embodiment is as follows: a guest of the hotel utilizes a guest device **118**, **120** to login or otherwise authenticate with the system controller **102**. This may be done by the guest sending back a passkey displayed by the system controller **102** on an in-room television **194**, **195**, **197** using the techniques shown above with respect to FIGS.

**16-19** and **21**. Other types of correlating the guest device **118**, **120** with a particular hotel room **101**, **103** may be employed as previously described. After the guest device **118**, **120** is correlated with a particular hotel room, the guest attempts to share media content from their guest device **118**, **120** using a network-based media sharing protocol such as DLNA®, AllShare® and/or AirPlay® etc. In response to detecting a media sharing attempt from a particular guest device **118**, **120**, the system controller **102** selects an available one of the central media devices **190** for assignment to the particular guest device **118**, **120**. The system controller **102** selects the assigned media device **190** to be one that is both: 1) compatible with the network-based media sharing protocol being utilized by the particular guest device **118**, **120** and 2) available meaning it is not currently assigned to or being utilized by another guest device **118**, **120**. In order to assign the selected media device **190** to the particular guest device **118**, **120** that is attempting to share media, the system controller **102** dynamically reconfigures various components on the hotel LAN **112** such as the gateway **2210** and/or the media proxy **2212** to allow the particular guest device **118**, **120** to discover and share media content utilizing the network-based media sharing protocol with only the assigned media device **190**. Further, to effect playback of the shared media in the guest's room **101**, **103**, the system controller **102** dynamically commands one or more of the in-room media output devices **194**, **195**, **196**, **197** such as STBs and/or TVs in the hotel room associated with the particular guest device **118**, **120** to join the multicast group and playback the encoded media content from the particular encoder **192** that is coupled to the media signal outputted by the assigned media device **190**. In this way, the guest in the room **101**, **103** can see the media that the guest device **118**, **120** is currently sharing with its assigned central media device **190**.

The first event occurrence that triggered the assignment of one of the central media devices **190** to a particular guest device **118**, **120** in the above example was the system controller **102** receiving packets such as discovery messages indicating that the particular guest device **118**, **120** is trying to share media content. A benefit of triggering the assignment upon an actual sharing request from a guest device is that this tends to maximize the availability of the central media devices **190**. However, other types of first event occurrences could also be utilized in other embodiments such as the four exemplary event occurrences shown in FIGS. **11**, **13**, **14** and **16**. For example, in some situations it may be desired to pre-assign one of the central media devices **190** to a particular VIP guest or after a payment of a reservation fee.

Likewise, at a later time in response to a second event occurrence, an assigned central media device **190** is automatically unassigned from a particular guest device **118**, **120**. Unassignment involves preventing the particular guest device **118**, **120** from utilizing the network-based media sharing protocol to share media over the computer network **112** with the now-unassigned media device **190**. For example, the components on the computer network such as the gateway **2210** and proxy **2212** may be reconfigured to remove the rules added during assignment. In this way, the unassigned media device **190** becomes available for assignment to another guest device **118**, **120**. Examples of second, later event occurrences to trigger the unassignment of a central media device **190** from a particular guest device **118**, **120** include detecting that the guest device **118**, **120** has finished sharing media content, determining that the guest device **118**, **120** has exceeded a threshold amount of data

US 9,781,172 B2

41

transfer, detecting expiry of a time duration or other allotment of sharing for the guest device **118**, **120**, and/or receiving a message from a property management system (PMS) that the guest of the guest room **101**, **105** associated with the particular guest device **118**, **120** has checked out. Other second event occurrences may be utilized in other embodiments to meet application specific needs.

A benefit of the embodiment shown in FIG. **22** is that a hotel that already has in-room output devices **194**, **195**, **196**, **197** such as standard TVs and STBs installed in all rooms **101**, **103** can use these output devices **194**, **195**, **196**, **197** to displayed shared media content even though the installed in-room devices **194**, **195**, **196**, **197** do not themselves support a compatible media sharing protocol such as DLNA®, AllShare® and/or AirPlay®. Under this embodiment, it is not required for the hotel to replace the older-technology in-room output devices **194**, **195**, **196**, **197** with newer, more expensive media devices that support the desired network-based media sharing protocol(s). The hotel only needs to install one or more centrally located media devices **190**, which is/are dynamically assigned to authorized guest devices **118**, **120** based on demand for media sharing. The output signal from an assigned media device **190** is automatically sent to the particular in-room output devices **194**, **195**, **196**, **197** of the guest room associated with the guest device **118**, **120** that is sharing the media.

In this embodiment, the number of centrally installed media devices **190** limits the number of guest devices **118**, **120** that can concurrently share media content regardless of the number of rooms **102**, **103** and in-room output devices **194**, **105**, **196**, **197** at the hotel. Installing a sufficient number of pairs of central media devices **190** and encoders **192** is much cheaper than installing a new media device **190** such as an AppleTV® supporting a particular network-based media sharing protocol (e.g., AirPlay®) in each hotel room **101**, **105**. For example, ten centrally located AppleTVs® may be sufficient for a hotel having a few hundred guest rooms **101**, **103** because there will typically never be more than ten guests attempting to simultaneously share media content using AirPlay®. Furthermore, by including different types of central media devices **190** such as a number of AppleTVs® and a number of Samsung® STBs, guest devices may utilize multiple types of network-based media sharing protocols such as both AirPlay® and AllShare® without requiring at least one device supporting each sharing protocol in each hotel room **101**, **105**. In the event that demand for a particular media sharing protocol exceeds the number of available central media devices **190** of that type, the system controller **102** automatically logs the insufficiency in a report or other message sent to the hotel administration. Hotel management may then consider increasing the number of central media devices **190** of the specified type to keep up with demand. A suitable error message may also be displayed to the guest via their guest device **118**, **120** or via the in-room output devices **194**, **195**, **196**, **197** in the guest's room **101**, **105**.

FIG. **23** illustrates how a guest device **120** is enabled by the gateway **2210** of FIG. **22** to stream content to the in-room TV **197** of a hotel guest room **105** according to an exemplary embodiment. In this embodiment, each of the central media devices **190** in FIG. **22** is a Samsung® STB supporting the network-based media sharing protocol of AllShare®, which is a Samsung® brand-specific implementation of DLNA®. In this embodiment, the in-room output devices **194**, **195**, **196**, **197** (e.g. televisions and STBs, etc.) in FIG. **22** do not support the network-based media sharing protocol (i.e., AllShare®) supported by the central media

42

devices **190**. Of course, other types of media devices **190** and network-based media sharing protocols may be utilized in conjunction with the operations of the gateway **2210** in other embodiments.

In FIG. **23**, the double arrow lines generally illustrate interactions between modules and devices of the system **2200** in FIG. **22**. The interactions are not restricted to the exact order shown, and, in other embodiments, shown interactions may be omitted or other intermediate interactions added. The interactions in this embodiment include the following:

1. Guest device **120** triggers the activation of the in-room media sharing feature at the hotel by providing a unique room passkey (associated with only room **105**) to the hotel's login portal **214** during a log in process. This passkey may have been provided to the guest by the media device controller **222** causing the in-room TV **197** to display to the guest the passkey as a "connect code" (see previously-described FIGS. **17** and **18**).

2. The login portal **214** checks the passkey-to-room table **236** in the database **230** to determine which hotel room is associated with the received passkey, and stores a record mapping the guest device **120** to its associated guest room **105**. In this example, the passkey received from the guest device **120** was displayed by the system controller **102** in room **105**; therefore, the login portal **214** associates guest device **120** with room **105** in the database **230**.

3. Guest device **120** initiates media sharing by sending a multicast discovery message looking for an available media device on LAN **112** that supports a particular network-based sharing protocol (e.g., AllShare® in this example). By using client isolation and port isolation techniques, the APs **130** and switches **132** on VLAN-guest ensure that only the system controller **102** receives the discovery message. Gateway **2210** also preferably blocks the discovery message from being passed to the central media devices **190** on VLAN-media **116**. The purpose (in combination with the discover helper **2300**, described next) is to avoid spamming all the central media devices **190** at the hotel with the multicast discovery query from guest device **120**.

4. Discovery helper **2300** of gateway **2210** selects an available one of the central media devices **190** for assignment to the guest device **120**. To select the available media device **190** for assignment, the discovery helper **2300** queries a media device table similar to table **236** in database **230** (see FIG. **9** and omit the room ID **900** column) to find which (if any) of the central media devices **190** also supports the same network-based sharing protocol as the guest device **120** is currently utilizing (e.g., AllShare® in this example). The discovery helper **2300** then determines which of these (if any) compatible media devices **190** is not currently assigned to another guest device **120** at the hotel. There may be another column (not shown) in FIG. **9** entitled "Assigned guest device" indicating the IP address or other identifier of the guest device (if any) to which each media device **190** is assigned. As a result, if guest device **120** is searching for an AllShare® compatible media device, discovery helper **2300** queries the media device table **236** to see which of the central media devices **190** supports AllShare® and is not currently assigned to another guest device. Assuming in FIG. **23** that central media device **190**b is available and supports the desired media (i.e., AllShare®), the discovery helper **2300** selects this

US 9,781,172 B2

43

central media device **190***b* for assignment to guest device **120** and replies unicast to guest device **120** on behalf of the assigned media device **190***b* to provide guest device **120** with the IP address of the assigned media device **190***b* for future direct communications. To allow the guest device **120** to communicate with its assigned central media device **190***b*, the discovery helper **2300** further reconfigures the gateway rules **232** so that gateway controller **2302** will pass network traffic packets from guest device **120** to the assigned media device **190***b* and vice versa. This may be done by the discovery helper **2300** clearing the MAC and/or IP address of guest device **120** for communication with the MAC and/or IP address of the assigned media device **190***b* so that guest device **120** is cleared for communication with only the assigned media device **190***b* on VLAN-media **116**. In this way, the gateway **2210** will drop network traffic from guest device **120** to the central media devices **190** on VLAN-media **116** except for the assigned media device **190***b*. The rules needed to configure the gateway **2210** to filter network traffic in this manner are dynamically stored by the discovery helper **2300** in the gateway rules **232**.

In this embodiment, the media device **190***b* selected by the discovery helper **2300** for assignment to the guest device **120** is one of the central media devices **190** that is not currently assigned to any other guest device **120** at the hotel. As a result, starting at the first event occurrence when the assignment occurs and ending at the second event occurrence when the un-assignment occurs, only the particular guest device **120** is enabled to utilize the network-based media sharing protocol to share media over the computer network with that particular central media device **190***b*. However, this is not strict requirement and a single media device **190** may also be assigned to multiple guest devices in other embodiments or situations such as when a single guest brings multiple devices to the hotel or when a single reservation for the room **101** is made for a plurality of people each with their own guest devices. In these situations, the central media device **190** would be able to communicate with multiple guest devices and it would therefore need to decide for itself which of its assigned guest devices was able to share media at any particular time. For example, AllShare® compatible media devices already have mechanisms in place to handle deciding between multiple guest devices sharing content.

5. Guest device **120** requests a connection with the IP address of its assigned media device **190***b* in order to begin streaming media content to media device **190***b* utilizing the network-based media sharing protocol (i.e., AllShare® in this example). Because the assigned media device **190***b* is on a different subnet and VLAN than guest device **120**, all unicast traffic from guest device **120** to its assigned media device **190***b* is sent via gateway **2210**.

6. The gateway controller **2302** of gateway **2210** receives the unicast network traffic from the source address of guest device **120** to the destination address of the assigned central media device **190***b*. The gateway controller **2302** checks the gateway rules **232** to determine whether traffic matching this combination of destination and source addresses is to be passed or dropped.

7. Because in this example guest device **120** and central media device **190***b* are authorized to communicate with each other according to the gateway rules **232**, the

44

gateway controller **2302** passes the unicast traffic received from guest device **120** for delivery on the subnet associated with VLAN-media **116**. Replies from central media device **190***b* to guest device **120** are also passed from VLAN-media **116** to VLAN-guest **114** in a similar manner. Guest device **120** is now in direct bi-directional unicast communication with its assigned central media device **190***b* over hotel LAN **112** via gateway **2210**, and any functions available by the network-based media streaming protocol (e.g., AllShare® in this example) supported by both guest device **120** and central media device **190***b* may be performed. For example, guest device **120** may share media content for playback through central media device **190***b* or may mirror its desktop output onto central media device **190***b*.

8. In order to allow the guest to see the shared media received and outputted by the central media device **190***b* assigned to the guest device **120**, the gateway controller **2302** commands the in-room TV **197** in room **105** (and/or additionally any in-room STB or other in-room controller) to begin playing back the encoded stream as transmitted by the encoder **192***b* that is coupled to the output port of the assigned media device **190***b*. In this example, guest device **120** was associated with guest room **105** (see above-described interaction #2); therefore, the gateway controller **2302** commands the output device being TV **197** in guest room **105** to receive and playback the encoded media steam from encoder **192***b*, which is the encoder **192** coupled to the output port of the assigned media device **190***b*. Thus, in response to the guest device **120** starting to streaming media content, the encoder **192***b* encodes the media signal outputted by the media device **190***a* on the output port into an encoded media stream and transmits the encoded media stream on the computer network **112**, and the system controller **102** dynamically commands an output device **197** located at the physical location (i.e., room **105**) associated with the particular guest device **120** to play the encoded stream received from the encoder via the computer network. In this embodiment, the encoder **192***b* transmits the encoded media to a particular IP multicast group destination address and the in-room TV **197** is commanded at this step to join that particular multicast group and playback the media that is sent to the multicast destination IP address. The actual stream may be any media format supported by TV **197** such as RTSP using MPEG2 or MPEG4. As shown an intermediate STB may receive and decode the encoded stream for display on the TV **197**. In an alternative embodiment, the system controller **102** may dynamically reconfigure the encoder to send the encoded stream to the destination IP address of the TV **197** such as via unicast transmissions on LAN **112**.

Although not illustrated in FIG. **23**, in response to a second, later event occurrence such as when guest device **120** finishes sharing media content with its assigned media device **190***b*, the system controller **102** un-assigns media device **190***b* from guest device **120** by reconfiguring the gateway rules **232**. This action prevents the guest device **120** from utilizing the network-based media sharing protocol (e.g., AllShare® in this example) to share media over the computer network **112** with its previously assigned media device **190***b*. The system controller further commands the output device(s) such as TV **197** located within the guest room **105** associated with guest device **120** to stop playing

US 9,781,172 B2

45

the media corresponding to the media signal outputted by its previously assigned media device **190***b*. The media device **190***b* thereby becomes available for assignment to another guest device **118**, **120** at the hotel when needed and only the output devices in that other guest's room will playback the shared media at that time.

In addition to when the guest device **120** finishes sharing media content, the assigned media device **190***b* may also be dynamically unassigned from the guest device **120** in response to other types of second event occurrences such as the guest associated with guest device **120** checks out of the hotel or upon expiry of a purchased time duration for media sharing privileges etc.

FIG. **24** illustrates how a guest device **118** is enabled by the media proxy **2212** of FIG. **22** to stream content to the in-room STB **196** and TV **195** of guest room **101** according to an exemplary embodiment. In this embodiment, each of the central media devices **190** in FIG. **22** is an AppleTV® supporting the network-based media sharing protocol of AirPlay®, and the in-room output devices **194**, **195**, **196**, **197** (e.g. televisions STBs, etc.) in FIG. **22** do not support the network-based media sharing protocol (i.e., AirPlay®) supported by the central media devices **190**. Of course, other types of media devices **190** and network-based media sharing protocols may be utilized in conjunction with the operations of the media proxy **2212** in other embodiments.

In FIG. **24**, the double arrow lines generally illustrate interactions between modules and devices of the system **2200** in FIG. **22**. The interactions are not restricted to the exact order shown, and, in other embodiments, shown interactions may be omitted or other intermediate interactions added. The interactions in this embodiment include the following:

1. Upon system **2200** start-up or reboot, a media server **2400** within the media proxy **2212** registers itself with a multicast domain name server (mDNS) **502** on LAN **112**. This step is similar to the corresponding step **1** of FIG. **5** so further description is omitted.

2. During a login process, guest device **118** provides a unique room passkey (associated with only room **101** in this example) to the hotel's login portal **214**. This step is similar to the corresponding step **1** of FIG. **23** so further description is omitted.

3. The login portal **214** checks the passkey-to-room table **236** in the database **230** to determine which hotel room is associated with the received passkey, and then associates the MAC and/or IP address of guest device **118** with that room. This step is similar to the corresponding step **2** of FIG. **23** so further description is omitted.

4. Guest device **118** sends a multicast mDNS discovery message looking for an available media device that supports a particular network-based media sharing protocol (e.g., AirPlay® in this example) on hotel LAN **112**. The mDNS **502** receives the discovery message and replies with a multicast announcement on VLAN-guest **114** providing the address of the media server **2400** as a media device supporting the requested network-based sharing protocol. In a preferred embodiment, the multicast queries and replies are only sent on VLAN-guest **114** and do not cross over to VLAN-media **116** to avoid spamming all central media devices **190**. For example, when guest device **118** multicasts an mDNS query for AirPlay®-compatible media devices, the only response guest device **118** receives is from the mDNS **502** providing the IP address of media server **2400** as an AirPlay compatible media device. Likewise, guest device **118** may also receive multicast responses that

46

mDNS **502** sends when replying to other guest devices' mDNS queries on hotel LAN **112**. However, in a preferred embodiment, client isolation and port isolation techniques are employed by APs **130** and switches **134** providing VLAN-guest **114** so that multicast transmissions by a guest device **118**, **120** are only received by the system controller **101** and are not received by other guest devices **118**, **120**.

5. Guest device **118** opens a connection with the IP address of the media sever **2400** and beings to stream media content utilizing the network-based media sharing protocol. Again taking AirPlay® as an example, the media server **500** may be listening for AirPlay® connections on IP/UDP ports **7000** (AirPlay video), **7100** (Mirroring), **3689** (DAAP, metadata, remote control), **49152** (RAOP, music), **7010/7011** (network timing protocol), **80** (web requests), **443** (encrypted web requests), etc.

6. The media server **2400** selects an available and compatible one of the central media devices **190** for assignment to the guest device **118**. To select the available media device **190** for assignment, the media server **2400** queries a media device table similar to table **236** in database **230** (see FIG. **9** and omit the room ID **900** column) to find which (if any) of the central media devices **190** also supports the same network-based media sharing protocol as the guest device is currently utilizing (e.g., AirPlay® in this example). The media server **2400** then determines which of these (if any) compatible media devices **190** is not currently assigned to another guest device **118** at the hotel. Similar to as described above with reference to interaction #4 of FIG. **23**, there may be another column (not shown) in FIG. **9** entitled "Assigned guest device" indicating the IP address or other identifier of the guest device (if any) to which each media device is assigned. Alternatively, proxy rules **234** such as shown in FIG. **6** where column **604** indicates assigned central media devices **190** may be utilized by the media server **2400** to check whether a particular central media device **190** is currently assigned to another guest device **120**. As a result, if guest device **118** is attempting to share media with the media server **2400** using AirPlay®, media server **2400** queries the media device table **236** and/or proxy rules **234** to see which of the central media devices **190** supports AirPlay® and is not already assigned to another guest device. Assuming in FIG. **24** that central media device **190***a* is available and supports the desired protocol (i.e., AirPlay® in this example), the media server **2400** selects this media device **190***a* for assignment to guest device **118** and configures itself to reroute shared media from guest device **118** to the assigned media device **190***a*. The rules needed to configure the media server **2400** to reroute shared media in this manner are dynamically stored in the proxy rules **234**.

In another embodiment, it may be the case that, although there are available central media devices **190**, there are none that support the same network-based media sharing protocol (i.e., AirPlay® in this example) being utilized by the guest device **118**. In this situation, the media server **2400** may assign a central media device **190** of a different type (e.g., AllShare®) to the guest device **118** by storing the assignment in proxy rules **234**. A decrypt/convert/re-encrypt format converter **2404** (described further below) will then convert in real-time shared media in the first protocol (e.g., Air-

US 9,781,172 B2

47

Play®) utilized by the guest device **118** to the second protocol (e.g., AllShare®) utilized by the assigned media device **190***a*.

7. A—When the assigned media device **190***a* supports the same network-based media sharing protocol (e.g., Air-Play®) as is being utilized by guest device **118**, the media server **2400** opens a connection with that media device **190***a* and redirects the stream received from guest device **118** to the assigned media device **190***a*. Any connections made by the assigned media device **190***a* back to the media server **2400** related to this stream are redirected back to guest device **118** in a similar manner. In this way, the media proxy **2212** operates as a transparent proxy between guest device **118** and assigned media device **190***a*. This interaction is shown in FIG. **24** with the double arrow line labelled "*7a*". In addition to rerouting a streaming connection from guest device **118** to its assigned media device **190***a*, the media proxy **2212** may also reroute another type of connection made from assigned media device **190***a* back to guest device **118**. This secondary connection may be useful in some applications such as desktop mirroring as it can be utilized to keep clocks of the two devices **118**, **190***a* in sync, for example. The media server **2400** listens for this reverse connection request from assigned media device **190***a* and looks up guest device **118** associated with assigned media device **190***a* based on the source IP of assigned media device **190***a* and the prior open connections on port **7000** already made. Alternatively, the media server **500** re-queries data stored in the database **230** (e.g., proxy rules **234**), which associates TV **124** with guest device **120**.

While acting as the transparent proxy, the media proxy **2212** may translate certain parts of packets rerouted between the guest device **118** and its assigned media device **190***a* due to the proxy **2212** between these devices **118**, **190***a*. For instance IP address and TCP port translation may be performed by the media proxy **2212** as required to become a transparent proxy such that neither the guest device **118** nor the media device **190***a* are aware of the presence of the proxy **2212**. In operation, the media proxy **2212** detects the guest device **118** requesting a connection to the media proxy **2212** on a certain port. The media proxy **2212** accepts the connection and also makes a corresponding connection request to the assigned media device **190***a* on the same port. Data from the guest device **118** is then rerouted by the media proxy **2212** from the guest device **118** to the assigned media device **190***a* via these connections. Likewise, should the media device **190***a* request a connection on a certain port with the media proxy **2212**, the media proxy will accept the connection and then open a corresponding connection with the guest device **118** on the same port. Data is thereafter rerouted by the media proxy **2212** from the assigned media device **190***a* to the guest device **118** via these connections. In this way, the number of network sockets on the media proxy **2212** for a single sharing session will end up being the total number of connection requests made by both the guest device **118** and its assigned media device **190***a*.

Protocol specific requirements may also be met by the media proxy **2212** as required. For example, in certain situations such as desktop mirroring the Airplay® protocol expects network timing data to be passed via port **7010** on the guest device **118** and port **7011** on the

48

central AppleTV® (i.e., assigned media device **190***a*). To comply with this requirement, the media proxy **2212** will ensure that it uses port **7010** for communicating timing information to/from the guest device **118** and uses source port **7011** when communicating timing information to/from the central AppleTV® (i.e., assigned media device **190***a*). In this way, the media proxy **2212** appears to be the AppleTV® to the guest device **118**, and appears to be the guest device **118** to the AppleTV®.

7. B—Alternatively, when the assigned media device **190***a* does not support the same network-based media sharing protocol (e.g. AirPlay®) as is being utilized by guest device **120**, the media server **500** passes the stream to a decrypt/convert/re-encrypt module **2404** to convert the shared media to be compatible with the assigned media device **190***a*. The converted media is thereafter sent to the assigned media device **190***a* by the media proxy **2212** utilizing another method or protocol compatible with assigned media device **190***a*. In this way, the media proxy **212** operates as a format converter between guest device **118** and its assigned central media device **190***a*. This interaction is shown in FIG. **24** with the double arrow lines labelled "*7b*".

8. In order to allow the guest to see the shared media outputted by the central media device **190***a* assigned to the guest device **118**, the media server **2400** commands the in-room STB **196** (and/or additionally the in-room bedroom TV **195**) to begin playing back the encoded stream as transmitted by the encoder **192***a* that is coupled to the output port of the assigned media device **190***a*. In this example, guest device **118** was associated with guest room **101** (see above-described interaction #2); therefore, the media server **2400** commands the output device being STB **196** in that guest room **101** to receive and playback the encoded media from encoder **192***a*, which is coupled to the output port of the assigned media device **190***a*. In this embodiment, the encoder **192***a* transmits the encoded media to a particular IP multicast group destination address and the in-room STB **196** is commanded at this step to join that particular multicast group and playback on TV **195** the media that is sent to the multicast destination IP address.

Similar to as described above with respect to the gateway **2210** embodiment, in response to a second, later event occurrence such as when the guest device **118** of FIG. **24** finishes sharing media content with its assigned media device **190***a*, the system controller **102** un-assigns media device **190***a* from guest device **118** by reconfiguring the proxy rules **234**. In this way, the media proxy **2212** stops rerouting shared media from guest device **118** to central media device **190***a*. The system controller **102** further commands the in-room output device(s) such as STB **196** and TV **195** to stop playing the media signal corresponding to the media signal outputted by the previously assigned media device **190***a*. The media device **190***a* thereby becomes available for assignment to another guest device **118**, **120** at the hotel when needed and only the output devices in that other guest's room will playback the shared media at that time.

Other interactions not shown in FIGS. **23** and **24** may also take place. For example, interaction #8 in both FIGS. **23** and **24** may be supplemented by the system controller **102** also sending commands to the assigned media device **190** (i.e., media device **190***b* in FIG. **23** or media device **190***a* in FIG. **24**).

49
50

One reason to send additional commands to the assigned media device **190** is to ensure that the user interface (UI) of the assigned media device **190** is at a known state. Take for example the situation in FIG. **24** where the assigned central media device **190** is an AppleTV®. By design, an AppleTV® will automatically prompt users via an onscreen message to apply upgrades from Apple® when available. As guests in the various hotel guest rooms **101**, **105** have no way to directly interact with the UI of the centrally located AppleTV® in this embodiment, the software update screen may annoy guests and/or prevent sharing of content from working properly because the user will see (via the in-room output device such as TV **195** in FIG. **24**) the AppleTV® UI screen waiting for the user to confirm or deny the upgrade rather than the shared media content. To prevent this problem from occurring, upon assigning the AppleTV® to a particular guest device, the system controller **102** sends a predetermined sequence of UI commands to the assigned AppleTV® to cause the AppleTV® to: 1) return to its main menu, 2) enter the system update menu, 3) apply any pending software updates, and then 4) return to the main menu. This sequence of commands is performed before the in-room TV begins receiving the output from the encoder **192***a* coupled to the AppleTV®. In this way, updates will be automatically applied and the hotel guests will never see the AppleTV® software update screen.

In another example, when streaming music using Air-Play® to an AppleTV®, the AppleTV® will play the shared music while showing the album art of the playing song in a corner box of the main menu. As previously mentioned, the guests in the various guest rooms **101**, **105** have no way to interact with the UI of the centrally located AppleTV® in this embodiment so showing them the main menu of the AppleTV® is not useful. To solve this problem, when a particular guest device **118**, **120** begins to stream music, the system controller **102** may further send another predetermined sequence of UI commands to the assigned AppleTV® to display the album art for the streamed song full screen rather than as a small box on the main menu. In this way, the guest in the room will both hear their shared music and will see the album art of the song currently playing on the in-room TV **195**. The guest will not see the main menu of the AppleTV® and will generally not even be aware that they are seeing the output of a centrally located AppleTV®.

Similar commands may also be sent in in-room media devices **121**, **122**, **123**, **124** such as when in-room AppleTVs are utilized in the system of FIG. **1**. The AppleTV may be physically hidden behind the television in the guest's room and the guest may not even be aware that they are utilizing an AppleTV while sharing media content.

The various predetermined sequences of UI commands may be sent to the AppleTV® by the system controller **102** mimicking a network-based remote control application such as the Apple® app. "Remote". The system controller **102** may send sequences of UI commands to other brands of media device **190** using brand-specific remote control protocols in a similar manner, e.g., by mimicking the Samsung® app. "AllShare Control" to control an AllShare® media device **190**.

The embodiments of FIGS. **22**, **23**, and **24** are beneficial in the case of a typical hotel that has already made a significant investment in in-room output devices **194**, **195**, **196**, **197** (e.g., in-room televisions and STBs etc.). The hotel may wish to allow guests to share media content utilizing one or more network-based media sharing protocol(s) such as AllShare® and AirPlay® even though the in-room output devices **194**, **195**, **196**, **197** themselves do not support

that/those protocol(s). The embodiments of FIGS. **22**, **23**, and **24** allow the hotel to continue to utilize the existing in-room output devices **194**, **195**, **196**, **196** and only require a set of N (e.g., ten) central media devices **190** and encoders **192** be installed on hotel LAN **112**. This is much cheaper than installing one or more new in-room media devices such as a Samsung® STB or an AppleTV® in each hotel room **101**, **105**. In particular, an acceptable value of N will often be much less than the number of rooms of the hotel.

In other embodiments, a combination of some in-room media devices supporting various network-based media streaming protocols and some central media devices supporting various network-based media streaming protocols may be utilized. For example, certain VIP rooms such as the presidential suite may include an in-room AppleTV® whereas standard rooms may not. Guests who authenticate their guest device **118**, **120** to become associated with the VIP room will be able to share media content using Air-Play® with the in-room AppleTV® via the media proxy **212** and interactions shown in FIG. **5**, for example. Alternatively, guests who authenticate their guest device **118**, **120** to become associated with a standard room will be able to share media content using AirPlay® with an available central media device **190** (e.g., a central AppleTV®) via the media proxy **2212** and interactions shown in FIG. **24**, for example. As a result, guests of VIP rooms may always share content using AirPlay® for in-room playback, whereas guests of standard rooms must rely upon on a central media device **190** being available at the time they attempt to share content, which may not always be the case during times of heavy utilization by other guests.

Many of the previously described figures relating to in-room media devices supporting network-based media sharing protocols are also applicable to the centrally located media devices **190**. For example, FIG. **20** can be modified for usage with central media devices **190** by changing steps **2004** and **2006** to become "Select a compatible and available central media device **190** for assignment to the guest device." In the following steps, the "associated media device" is now the centrally assigned media device **190**. Likewise, step **2016** can be changed to become "Command in-room output devices to begin playing encoded media from assigned central media device." In this way, the guest in the guest room will see playback of shared media outputted by the assigned central media device **190**.

When a hotel room **101** includes multiple output devices such as room **101** including living room TV **194**, bedroom TV **195** and STB **196**, the guest can select which of these in-room output devices **194**, **195**, **196** will be utilized for playback of media from the assigned media device **190**. For example, a guest of room **101** may select the target output device **194**, **195**, **196** either at a webpage provided by the login portal **214** or on an application running on guest device **118**. In some embodiments, the guest will only be able to select from the output device(s) **194**, **195**, **196** which are available within the guest's assigned room **101** and will be unable to select other output devices **197** in another unrelated guest room **105**. Selection of target output device made by the guest affects the output devices that are commanded to playback the shared media at interaction #8 of FIGS. **23** and **24**. For example, if the guest operating guest device **118** in FIG. **24** has selected the bedroom TV **195**, interaction #8 will involve commanding the STB **196** to playback the encoded media from encoder **192***a* on the bedroom TV **195**; alternatively, if the guest has selected the living room TV

US 9,781,172 B2

51

**194**, interaction #8 in FIG. **24** will involve commanding the STB **196** to playback the encoded media from encoder **192***a* on the living room TV **194**.

Examples of advantages of different embodiments of the invention include the following:

    Allowing guests of a hospitality establishment to stream content to in-room media devices using AirPlay®/ DLNA®/AllShare® and/or other residential media streaming protocols in the same way the guest can stream content to media devices in their home.

    Ensuring security because only authorized guest devices associated with guests of a particular room are able to connect to and communicate with media devices within that room.

    Dynamically controlling the subset of which media devices within the hotel are streamable for each guest device. For example, a guest's device may be dynamically authorized to stream to any TV in several rooms when that user has booked all the rooms. This may be useful when a bride and groom staying in the hotel have their laptop computer enabled to stream content such as video from the wedding ceremony to the media devices of all rooms of the wedding party. All rooms of the wedding party may be associated with each as a single guest area such as the "Wedding party group". A hotel interface may allow hotel staff to add and remove rooms from this group for different wedding parties. Other dynamic groups of rooms may be defined in a similar manner.

Another advantage enabled by the invention is that it may be utilized to drive sales of Internet bandwidth upgrades by guests of a hospitality establishment. For example, hotel guests may wish to share content from Netflix®, Hulu® other Internet-based streaming websites that is playing on the guest's device **118**, **120**. In other words, the guest may wish to access the Internet-based streaming website on the guest's device **118**, **120** and share the output with the hotel's media device for playback on the large screen TV in the guest's hotel room. In this situation, rather than storing the content to be played, the guest device **118**, **120** may play the content from a remote source located on the Internet and simultaneously share the played content to a hotel media device using a network-based media sharing protocol such as AirPlay®. In order to stream the content from the Internet-based streaming service, the guest device **118**, **120** will require a larger amount of Internet bandwidth than is typically provided in a complimentary Internet package many hotels provide to guest devices **118**, **120**. Therefore, many guests will be interested in purchasing from the hotel an upgraded Internet access (e.g., premium high speed Internet access) package in order to take advantage of the guest's person streaming service account for viewing on the in-room TV at the hotel. Charges for in-room bandwidth upgrades provide an additional revenue stream to the hotel.

In an exemplary embodiment, the system controller **102** dynamically enables a guest device to communicate with in-room media devices of the room associated with a guest of the hotel while the guest is authorized to utilize that room, and then dynamically de-enables (i.e., prevents) the guest device from communicating with those in-room devices when the guest is no longer authorized to utilize the room.

In exemplary embodiment, the system controller **102** dynamically enables a guest device to utilize a particular network-based media sharing protocol to share media content with in-room media devices of the room associated with a guest of the hotel while the guest is authorized to utilize that room, and then dynamically de-enables (i.e., prevents)

52

the guest device from utilizing the particular network-based media sharing protocol to share media content with those in-room devices when the guest is no longer authorized to utilize the room.

Rather than rooms of a hotel, the invention may also be applied to other locations and guest areas of hospitality establishments. For example, media devices in front of different seats of an airliner, or media devices in different cabins of a cruise ship may be defined as being associated with these guest areas (seats/cabins). In these applications, the guest's device is dynamically enabled to share media content with only the media devices of the guest areas authorized for use by or otherwise linked to the guest.

In an exemplary embodiment, a media system includes a computer network, a plurality of media devices coupled to the computer network, and a system controller coupled to the computer network. The computer network allows a guest device supporting a network-based media sharing protocol to be coupled thereto. The computer network by default prevents the guest device from utilizing the network-based media sharing protocol to share media content with the media devices. The system controller selects a subset of the media devices for which media sharing is to be enabled for the guest device, the subset including at least one of the media devices but not all of the media devices. The system controller dynamically reconfigures components of the computer network in response to an event occurrence to enable the guest device to utilize the network-based media sharing protocol to share media over the computer network with only the subset of the media devices.

In another exemplary embodiment, a media system includes a computer network, a media device supporting a network-based media sharing protocol, a plurality of output devices located at a plurality of physical locations within a hospitality establishment, and a system controller. In response to a first event, the system controller assigns the media device to a particular guest device by reconfiguring one or more components of the computer network to enable the particular guest device to utilize the network-based media sharing protocol to share media over the computer network with the media device, and commands an output device located at a physical location associated with the particular guest device to play media corresponding to the media signal outputted by the media device on the output port. In response to a second event, the system controller un-assigns the media device from the particular guest device and commands the output device to stop playing the media.

In the above description, the exemplary user indication of "guest" refers to current guests in the hotel, people who are attending a conference or meeting in the hotel, staff members at the hotel, or any other person or user who may need or want to share media or otherwise enable communicate between a gust device and another device of a hospitality media system. Future guests that have reservations, potential future guests that don't yet have reservations, and other users may also be given access. For example, a demonstration of the technology may be available in the hotel lobby and all users would be able to utilize their own guest device to 1) to stream content to a media device installed in the lobby in order to try out system **100**; or 2) stream content to a central media device **190** for playback on an output device (e.g., TV) installed in the lobby in order to try out system **2200**. Additionally, it is not necessary that the users bring their own guest device to hotel. In another configuration, a guest device **118**, **120** may be provided to the user by the hotel.

US 9,781,172 B2

53

Although the invention has been described in connection with preferred embodiments, it should be understood that various modifications, additions and alterations may be made to the invention by one skilled in the art. For example, although the above-description has focused on hotels and activating the communication feature for media streaming purposes, the present invention is equally applicable to any hospitality related location or service wishing to allow guest devices to communicate and/or share media with only a subset of all media devices. Examples of hospitality establishments include but not limited to hotels, motels, resorts, hospitals, apartment/townhouse complexes, restaurants, retirement centers, cruise ships, busses, airlines, airports, shopping centers, passenger trains, libraries, coffee shops, hotspots, etc. In addition to the above described hospitality examples, the invention is applicable outside the hospitality industry such as with home or corporate users. For example, a guest device from a presenter at a corporation may be dynamically enabled to communicate over the company's computer network with a projector in an assigned meeting room, for example.

The above-described modules may be implemented by software executed by one or more processors operating pursuant to instructions stored on a tangible, non-transitory computer-readable medium such as a storage device to perform the above-described functions of any or all aspects of the system controller **102**. Examples of the tangible, non-transitory computer-readable medium include optical media (e.g., CD-ROM, DVD discs), magnetic media (e.g., hard drives, diskettes), and other electronically readable media such as flash storage devices and memory devices (e.g., RAM, ROM). The computer-readable medium may be local to the computer executing the instructions, or may be remote to this computer such as when coupled to the computer via a computer network such as the Internet **102**. The processors may be included in a general-purpose or specific-purpose computer that becomes the system controller **102** or any of the above-described modules as a result of executing the instructions.

In other embodiments, rather than being software modules executed by one or more processors, the modules may be implemented as hardware modules configured to perform the above-described functions of the system controller **102**. Examples of hardware modules include combinations of logic gates, integrated circuits, field programmable gate arrays, and application specific integrated circuits, and other analog and digital circuit designs.

Functions of single modules may also be separated into multiple units, or the functions of multiple modules may be combined into a single unit.

Unless otherwise specified, features described may be implemented in hardware or software according to different design requirements. In addition to a dedicated physical computing device, the word "server" also includes a service daemon on a single computer, virtual computer, or shared physical computer or computers, for example. All combinations and permutations of the above described features and embodiments may be utilized in conjunction with the invention.

What is claimed is:
**1**. A media proxy comprising:
a storage device storing a plurality of software instructions and a set of proxy rules;
a network interface coupled to a computer network; and one or more processors coupled to the storage device and the network interface;

54

wherein, by the one or more processors executing the software instructions loaded from the storage device, the one or more processors are operable to cause the media proxy at least to:
update the set of proxy rules to associate an identifier of a guest device with a subset of a plurality of media devices in response to a first event occurrence; wherein the guest device is operable by a guest of a hospitality establishment; the media devices are audio-visual entertainment devices located within guest rooms of the hospitality establishment, are streaming destinations capable of playing media content initiated by the guest device utilizing a network based media sharing protocol, and are isolated from the guest device such that the media devices are not directly accessible over the computer network by the guest device; the subset of the media devices represents one or more of the media devices for which media sharing is to be enabled for the guest device; and the subset of the media devices includes at least one of the media devices but not all of the media devices;
receive from the guest device via the computer network a query for available media devices supporting the network based media sharing protocol;
send via the computer network a reply announcing availability of the media proxy as a streaming destination supporting the network-based media sharing protocol at a network address of the media proxy on the computer network;
receive from the guest device at the network address of the media proxy an incoming request to initiate media streaming playback utilizing the network-based media sharing protocol;
perform at least one transparent proxy operation between the guest device and a selected one of the subset of the media devices determined to be associated with the identifier of the guest device according to the set of proxy rules thereby enabling the guest device to initiate media streaming playback on the selected one of the subset of the media devices according to the network-based media sharing protocol; and
send an input port selection command to a display device located in a guest room of the hospitality establishment, the input port selection command causing the display device to switch to a first input port and begin playing media initiated for playback on the selected one of the subset of the media devices, the media initiated for playback on the selected one of the subset of the media devices being received by the display device on the first input port.

**2**. The media proxy of claim **1**, wherein:
the storage device further stores an in-room device table specifying which of the media devices are located in each of the guest rooms of the hospitality establishment; and
the one or more processors are further operable to determine a registered room with which the guest device is associated according to information received from a property management system of the hospitality establishment, select an in-room media device located within the registered room according to the in-room device table, and update the set of proxy rules in order to store that the identifier of the guest device is now associated with the selected in-room media device located within the registered room.

US 9,781,172 B2

55 56

3. The media proxy of claim 2, wherein the first event occurrence corresponds to a login portal of the hospitality establishment receiving information from the guest device over the computer network.

4. The media proxy of claim 3, wherein:
the information received from the guest device at the login portal identifies the guest of the hospitality establishment; and
the media proxy looks up the registered room associated with the guest according to the information received from the property management system.

5. The media proxy of claim 1, wherein, while acting as the transparent proxy, the one or more processors are further operable to reroute a media stream received from the guest device to the selected one of the subset of the media devices for playback according to the network based media sharing protocol.

6. The media proxy of claim 1, wherein the guest device initiates playback on the selected one of the subset of the media devices of remote media content streamed from a remote device over the Internet.

7. The media proxy of claim 1, wherein the guest device is on a first virtual local area network (VLAN) on the computer network and the media devices are on a second VLAN on the computer network, the first VLAN being isolated from the second VLAN.

8. A method comprising:
updating a set of proxy rules to associate an identifer of a guest device with a subset of a plurality of media devices in response to a first event occurrence; wherein the guest device is operable by a guest of a hospitality establishment; the media devices are audio-visual entertainment devices located within guest rooms of the hospitality establishment, are streaming destinations capable of playing media content initiated by the guest device utilizing a network based media sharing protocol, and are isolated from the guest device such that the media devices are not directly accessible over a computer network by the guest device; the subset of the media devices represents one or more of the media devices for which media sharing is to be enabled for the guest device; and the subset of the media devices includes at least one of the media devices but not all of the media devices;
receiving from the guest device via the computer network a query for available media devices supporting the network based media sharing protocol;
sending via the computer network a reply announcing availability of the media proxy as a streaming destination supporting the network-based media sharing protocol at a network address of the media proxy on the computer network;
receiving from the guest device over the computer network an incoming request to initiate media streaming playback utilizing the network-based media sharing protocol;
performing at least one transparent proxy operation between the guest device and a selected one of the subset of the media devices determined to be associated with the identifier of the guest device according to the set of proxy rules thereby enabling the guest device to initiate media streaming playback on the selected one of the subset of the media devices according to the network-based media sharing protocol; and
sending an input port selection command to a display device located in a guest room of the hospitality establishment, the input port selection command caus-

ing the display device to switch to a first input port and begin playing media initiated for playback on the selected one of the subset of the media devices, the media initiated for playback on the selected one of the subset of the media devices being received by the display device on the first input port.

9. The method of claim 8, further comprising:
determining a registered room with which the guest device is associated according to information received from a property management system of the hospitality establishment;
selecting an in-room media device located within the registered room according to information stored in an in-room device table, the in-room device table specifying which of the media devices are located in each of the guest rooms of the hospitality establishment; and
updating the set of proxy rules in order to store that the guest device is now associated with the selected in-room media device located within the registered room.

10. The method of claim 9, wherein the first event occurrence corresponds to a login portal of the hospitality establishment receiving information from the guest device over the computer network.

11. The method of claim 10, wherein:
the information received from the guest device at the login portal identifies the guest of the hospitality establishment; and
the method further comprises looking up the registered room associated with the guest according to the information received from the property management system.

12. The method of claim 8, further comprising, while acting as the transparent proxy, rerouting a media stream received from the guest device to the selected one of the subset of the media devices for playback according to the network based media sharing protocol.

13. The method of claim 8, wherein the guest device initiates playback on the selected one of the subset of media devices of remote media content streamed from a remote device over the Internet.

14. A non-transitory computer-readable medium comprising computer executable instructions that when executed by one or more computers cause the one or more computers to perform at least steps of:
updating a set of proxy rules to associate an identifier of a guest device with a subset of a plurality of media devices in response to a first event occurrence; wherein the guest device is operable by a guest of a hospitality establishment; the media devices are audio-visual entertainment devices located within guest rooms of the hospitality establishment, are streaming destinations capable of playing media content initiated by the guest device utilizing a network based media sharing protocol, and are isolated from the guest device such that the media devices are not directly accessible over a computer network by the guest device; the subset of the media devices represents one or more of the media devices for which media sharing is to be enabled for the guest device; and the subset of the media devices includes at least one of the media devices but not all of the media devices;
receiving from the guest device via the computer network a query for available media devices supporting the network based media sharing protocol;
sending via the computer network a reply announcing availability of the media proxy as a streaming destina-

US 9,781,172 B2

57

58

tion supporting the network-based media sharing protocol at a network address of the media proxy on the computer network;

receiving from the guest device over the computer network an incoming request to initiate media streaming playback utilizing the network-based media sharing protocol;

performing at least one transparent proxy operation between the guest device and a selected one of the subset of the media devices determined to be associated with the identifier of the guest device according to the set of proxy rules thereby enabling the guest device to initiate media streaming playback on the selected one of the subset of the media devices according to the network-based media sharing protocol; and

sending an input port selection command to a display device located in a guest room of the hospitality establishment, the input port selection command causing the display device to switch to a first input port and begin playing media initiated for playback on the selected one of the subset of the media devices, the media initiated for playback on the selected one of the subset of the media devices being received by the display device on the first input port.

**15**. The media proxy of claim **1**, wherein the query received from the guest device is a multicast query and the reply from the media proxy is a unicast reply directly to a network address of the guest device on the computer network.

**16**. The media proxy of claim **1**, wherein the query received from the guest device is a multicast query and the reply from the media proxy is a multicast reply receivable by a plurality of additional guest devices on the computer network.

**17**. The media proxy of claim **1**, wherein the identifier of the guest device is an address of the guest device on the computer network.

**18**. The media proxy of claim **1**, wherein the one or more processors are further operable to automatically update the set of proxy rules to delete an association of the identifier of the guest from the subset of the media devices in response to a second event occurrence.

**19**. The media proxy of claim **1**, wherein:

the first event occurrence corresponds to receiving a passkey from the guest device over the computer network; and

the one or more processors are further operable to select the subset of the media devices by looking up in a database which of the media devices are currently associated with the received passkey.

**20**. The media proxy of claim **1**, wherein the selected one of the subset of the media device is a set-top box, the display device is a television, and the first input port is one of a plurality of high-definition multimedia interface (HDMI) ports on the television.

\* \* \* \* \*