# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| GUEST TEK INTERACTIVE ENTERTAINMENT LTD., | Case No. 2:17-cv-00963 |
| Plaintiff, | Judge Algenon L. Marbley |
| v. | Magistrate Judge Chelsey M. Vascura |
| EXCEPTIONAL INNOVATION, INC., |  |
| Defendant. |  |

## JOINT MOTION FOR AN EXTENSION OF TIME

Pursuant to United States District Court Southern District of Ohio Local Rule 7.3(a), the parties have consulted and jointly move the Court for a 14-day extension of time, until January 11, 2019, to submit a joint proposed case schedule and for a 1-business day extension, until January 2, for Defendant to respond to Plaintiff's First Amended Complaint.

In its Opinion and Order (Doc. No. 42) granting Plaintiff Guest Tek Interactive Entertainment Ltd.'s ("Guest Tek") Motion for Leave to Amend its Complaint and Infringement Contentions, the Court ordered that the parties file a joint proposed case schedule on or before December 28, 2018. The parties have been communicating concerning an appropriate case schedule. On December 22, Guest Tek sent Defendant Exceptional Innovation, Inc., a draft proposed case schedule. Defendant replied to Guest Tek on December 27 expressing several concerns regarding Plaintiff's amended Infringement Contentions, which would have a direct effect on the dates in the joint proposed case schedule.

Due to next week's holiday and the fact that Plaintiff's counsel will be traveling on January 3rd and 4th for a hearing in another case, the parties request an additional 14 days to address these concerns and draft a sufficient joint proposed case schedule.  The parties respectfully request this Court grant the attached proposed order extending their time to file a joint proposed case schedule until January 11, 2019.

Defendant's deadline for responding to Plaintiff's First Amended Complaint for Patent Infringement (Doc. No. 45) is currently December 31, 2018.  Defendant's Ohio counsel's offices are closed on that date and Defendant's Local Rule 83.4 trial attorney is out of the office until January 2, 2019. To facilitate Defendant's compliance with Local Rule 83.5, the parties respectfully request that Defendant's deadline to respond to Plaintiff's First Amended Complaint be extended to January 2, 2019.

Signatures:

Attorney for Plaintiff:                              Attorney for Defendant:


/s/ *Lauren Hilsheimer*                          /s/ *John Gonzales (with permission)*
Lauren Hilsheimer                                 John Gonzales
Counsel for Plaintiff Guest Tek Interactive       Counsel for Defendant Exceptional
Entertainment Ltd.                                Innovation, Inc.
Bar # 85389                                       Bar # 0038664


Date:  December 28, 2018

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 28, 2018, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

<u>/s/ Lauren M. Hilsheimer</u>
*Attorney for Plaintiff Guest Tek Interactive
Entertainment Ltd.*