# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GUEST TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Plaintiff, <br><br> v. <br><br> EXCEPTIONAL INNOVATION, INC., <br><br> Defendant. | Case No. 2:17-cv-00963 <br><br> Judge Algenon L. Marbley <br><br> Magistrate Judge Chelsey M. Vascura |

## [PROPOSED] ORDER MODIFYING CASE SCHEDULE AND GRANTING PLAINTIFF LEAVE TO CORRECT AND AMEND INFRINGEMENT CONTENTIONS

Having considered the parties' Joint Motion to Modify Case Schedule and Grant Plaintiff Leave to Correct and Amend Infringement Contentions, the Court GRANTS the motion for good cause shown. By February 25, 2019, Plaintiff may serve a new set of infringement contentions in which Plaintiff corrects and amends its Local Patent Rule 103.2(a)(3) charts to address the inadvertent errors identified in the parties' motion and to address the categories of issues Defendant has raised concerning the adequacy of Plaintiff's claim charts. This order does not authorize an amendment that would add patents, claims, accused products, or theories. Defendant's discovery obligations are hereby stayed through seven days after receiving Plaintiff's updated infringement contentions. This order is without prejudice to either party's ability to argue for or against further amendments to the infringement contentions. The Court adopts the parties' proposed modifications to the case schedule. The modified case schedule is

- 2 -

attached to this order as Exhibit 1, with the new dates governing this case appearing in the "Modified Date" column.

    **IT IS SO ORDERED.**

                                                                             CHELSEY M. VASCURA
                                                                             UNITED STATES MAGISTRATE JUDGE

## Exhibit 1

| LPR (as applicable) | Event | 5/22/18 Order | Modified Date |
|---|---|---|---|
| 103.2(a)(3), 103.7 | Patent Holder to Serve Updated Infringement Contentions (including permitted amendments) | N/A | 2/25/2019 |
| 103.3 | Disclosure of Non-infringement Discovery | 6/25/2018 | 3/27/2019 |
| 103.4 | Amended Invalidity Contentions | N/A | 5/6/2019 |
| 103.5 | Document Production Accompanying Invalidity Contentions | 7/10/2018 | 5/6/2019 |
| 105.1 | Exchange of Proposed Claim Terms and Phrases for Construction (if any prompted by the updated contentions) | N/A | 5/20/2019 |
| 104.1 | Required Settlement Conference | 8/9/2018 | 6/5/2019 |
| 105.2(a) | Party Asserting Need for Construction Serves Proposed Constructions (if any prompted by the updated contentions) | N/A | 6/10/2019 |
| 105.2(b) | Serve Proposed Responsive Preliminary Claim Constructions (if any prompted by the updated contentions) | N/A | 7/1/2019 |
| 105.2(c) | Meet and Confer to Limit concerning Claim Constructions | 9/24/2018 | 7/22/2019 |
| 105.2(d) | Parties Submit Updated Joint Claim Construction and Prehearing Statement | N/A | 8/12/2019 |
| 105.3 | Deadline to Complete All Discovery relating to Claim Construction | 12/11/2018 | 10/11/2019 |
| 105.4(a) | Each Party Files Opening Claim Construction Brief | 1/14/2019 | 10/28/2019 |
| 105.4 (b) | Each Party May File Response to Opening Claim Construction Brief | 2/13/2019 | 11/27/2019 |
|  | Technical Tutorial and Claim Construction Hearing | TBD by the Court | TBD by the Court |

| LPR (as applicable) | Event | 5/22/18 Order | Modified Date |
|---|---|---|---|
|  | Fact Discovery Closes | 6/14/2019* | 4/3/2020 |
| 106.1(a) | Each Party Serves Initial Expert Disclosures under FRCP 26 on Issues with Burden of Proof | 7/1/2019* | 4/15/2020* |
| 106.1(b) | Each Party Serves Initial Expert Disclosures under FRCP 26 on Issues without Burden of Proof | 7/31/2019* | 5/15/2020* |
| 106.1(c) | Each Party Serves Rebuttal Expert Disclosures Permitted by FRCP 26 | 8/14/2019* | 5/29/2020* |
| 106.2 | Deadline to Commence Depositions of Experts | 8/28/2019* | 6/15/2020* |
| 106.2 | Deadline to Complete Expert Depositions | 10/28/2019* | 8/17/2020* |
|  | Dispositive Motion Cutoff | 12/19/2019 | 10/16/2020 |
|  | Plaintiff's Settlement Demand | 1/17/2020 | 11/20/2020 |
|  | Defendant's Response to Settlement Demand | 1/31/2020 | 12/4/2020 |
|  | Final Settlement Conference | 3/2/2020 | 2/26/2021 |
|  | Pretrial Conference (in chambers) | 5/5/2020* | 4/23/2021 |
|  | Estimated Trial Date | 6/8/2020* | 5/17/2021 |

* These dates cannot be calculated with accuracy because they are dependent on when the Court rules on the Claim Construction Briefs. Under regular circumstances, the "Initial Expert Disclosures under FRCP 26 on Issues with Burden of Proof" should be made no later than 30 days after the Court's ruling on claim construction.