# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GUEST TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Plaintiff, <br><br> v. <br><br> EXCEPTIONAL INNOVATION, INC., <br><br> Defendant. | Case No. 2:17-cv-00963 <br><br> Judge Algenon L. Marbley <br><br> Magistrate Judge Chelsey M. Vascura |

## NOTICE OF BANKRUPTCY FILING

Counsel respectfully notifies the Court that Defendant, Exceptional Innovation, Inc. ("Exceptional Innovation"), filed bankruptcy in the U.S. Bankruptcy Court for the Southern District of Ohio which invokes 11 U.S.C. 362 (Automatic Stay) of the U.S. Bankruptcy Code. A copy of the Notice of Bankruptcy Case Filing is attached. Said filing operates as a stay in the instant case.

Respectfully submitted,

/s/ *John M. Gonzales*
John M. Gonzales (0038664)
THE BEHAL LAW GROUP LLC
501 South High Street
Columbus, OH 43215
T: (614) 643-5050
F: (614) 340-3892
jgonzales@behallaw.com

- 2 -

Douglas G. Muehlhauser (admitted *pro hac vice*)
Mark Lezama (admitted *pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Phone:  (949) 760-0404
Facsimile:  (949) 760-9502
doug.muehlhauser@knobbe.com
mark.lezama@knobbe.com

*Attorneys for Defendant*
*Exceptional Innovation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2019, a copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF, which will send notification of such filing via electronic mail to all registered participants.

s/ *John M. Gonzales*
John M. Gonzales (0038664)