United States Bankruptcy Court
Southern District of Ohio

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 02/12/2019 at 4:13 PM and filed on 02/12/2019.

**Exceptional Innovation, Inc.**
480 Olde Worthington Rd., Suite 350
Westerville, OH 43082
Tax ID / EIN: 42-1623444



| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **J Matthew Fisher**<br>Allen, Kuehnle Stovall & Neuman LLP<br>17 South High Street, Suite 1220<br>Columbus, OH 43215<br>(614) 221-8500 | **Christal L Caudill**<br>3757 Attucks Drive<br>Powell, OH 43065<br>614-389-4940 |

The case was assigned case number 2:19-bk-50766 to Judge John E. Hoffman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.ohsb.uscourts.gov/ or at the Clerk's Office, 170 North High Street, Columbus, OH 43215-2414.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Richard B. Jones**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |
| 02/20/2019 14:29:12 |