UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GUEST TEK INTERACTIVE ENTERTAINMENT LTD.,**

    Plaintiff,

v.

Civil Action 2:17-cv-963
Judge Algenon L. Marbley
Magistrate Judge Chelsey M. Vascura

**EXCEPTIONAL INNOVATION, INC.,**

    Defendant.

## ORDER

Defendant Exceptional Innovation, Inc., has notified the Court that it has filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Ohio, invoking a stay of this action pending completion of the bankruptcy. (ECF No. 52.) Accordingly, this action is **STAYED** pursuant to Section 362(a) of the Bankruptcy Act, 11 U.S.C. § 362(a), until the Bankruptcy Court lifts the stay.

**IT IS SO ORDERED.**

_____
ALEGNON L. MARBLEY
UNITED STATES DISTRICT JUDGE